ORIGINAL
20-CV2456
Mauskopf, J.
Reyes, M.J.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 3 2020 ★

BROOKLYN OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

**Eric D. Wall**

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

**Donald J. Trump**

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No

*(check one)*


RECEIVED
JUN 03 2020
PRO SE OFFICE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eric D. Wall |
| Street Address | 108 Farmhill Rd. |
| City and County | Upper Saddle River, Bergen County |
| State and Zip Code | New Jersey, 07458 |
| Telephone Number | (201) 800-3973 |
| E-mail Address | Eric David Wall @ gmail. com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title (if known) | President of The United States of America |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia, 20500 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

Defendant No. 3

Name   _____

Job or Title
(if known)   _____

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

Defendant No. 4

Name   _____

Job or Title
(if known)   _____

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC §1346; 28 USC §1346(b); CVP §1411; U.S. Const. Art. II, § 1 and §3; U.S. Const. Art. I, § 9, Clause 8; 5 CFR § 2635.702; Federal Tort Claims Act

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$77,000,000 for mental and emotional anguish, physical injuries, loss of use, property damage, pain and suffering, medical bills, economic and noneconomic damages.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See Attached Document, titled: "Statement of the Claim."

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My injuries are ongoing because the Defendant Continues to conduct himself in ways that trigger my mental and emotional injuries. My mental and emotional injuries are compounding on top of physical injuries resulting from the Defendants conduct. Please the Document labeled "Eric D. Wall-Claim" in the header section.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 27th, 2020 .

Signature of Plaintiff _____

Printed Name of Plaintiff   Eric D. Wall _____

Eric D. Wall                                                                        5/27/2020

## Statement of the Claim

The Defendant instilled a fear within me that I have lived with for over two years because he failed to respect the rule of law and used his official role to serve himself at substantial costs. Beginning in 2017, The Defendant masked transparency when his associates were under investigation for federal crimes by making excuses for them.  The Defendant caused me to fear that he did not respect the US Constitution, Separation of Powers, state sovereignty, and that he would not uphold his presidential oath.  The Defendant also caused me to fear that he would use his role to manipulate government and the public to suit his needs, creating tremendous risk of harm that created a sense of impending doom. The Defendant lied about his relationship with foreign leaders prior to the investigation, which caused me to fear he was hiding the truth about his allegiances.  The Defendant caused me to panic because of his conduct during the Russia Investigation and because he referred to the investigation, and the media covering the investigation as a "hoax" to sway public perception of his associates' criminal dealings in his favor.  The Defendant caused me to fear that he was deflecting and distracting from serious issues because he made numerous misleading statements and some that did not make sense.

The Defendant used my last name, "Wall", when describing his project at the Southern U.S. Border and subjected people to inhumane conditions and death.  The Defendant's repeated use of my name caused me anxiety, distraction, and emotional anguish because he promoted the fact that his administration caused people to suffer.  The Defendant's treatment of immigrants, political opposition, and people that he deemed unsupportive of his endeavors caused me to fear that it would be only a matter of time before he deconstructed the principles of liberty under American democracy and risk lives to suit his power needs.  For example, the Defendant created bias throughout US governmental branches that helped shield him from liability when his

Eric D. Wall                                                                      5/27/2020

conduct, his administration's conduct, or his associates conduct became questionable or
potentially illegal.

The Defendant also made statements to undermine US leadership and government staff
personnel. The Defendant acted like he was above the law and that certain laws did not apply to
him. The Defendant also interfered with the Russia investigation by making statements to
influence the Department of Justice and its dealings, although the Justice Department was
supposed to be objective. The Defendant also removed government staff personnel that were
responsible for investigating the Defendant's activities, which caused me fear and mental
anguish that the Defendant was hiding serious legal infractions based on his conduct.

The Defendant also made outlandish statements that were inconsistent with the truth and
repeatedly attacked the US media when they described the Defendant in ways that he wished
were untrue. The Defendant continued to attack the media, calling the media "fake" and the
"enemy of the people," which caused me to fear that he spun stories to control the media's
messaging, the way a dictator would act under an autocracy. The Defendant's conduct caused
my mental anguish because he undermined US governance and subverted government
operations, and his use of misinformation made me feel like my head was spinning.

The Defendant's conduct caused me severe emotional distress to the degree that I could
not perform my regular activities normally. On May 30th, 2017, while at a baseball practice, I
was in the shortstop position when I dived for a groundball and failed to protect myself with my
free hand, as I extended my left arm to catch the ball, and fell to the ground on my shoulder. My
shoulder planted into the ground, and my body kept moving in the direction of my dive. My left
shoulder ripped out of the socket and I had shoulder reconstructive surgery on June 6, 2017, to
place the bones in my upper left scapula in the correct supportive places and have my humeral

Eric D. Wall                                                                    5/27/2020

head (top of shoulder bone) reattached into the reconstructed shoulder socket. My shoulder
injury caused excruciating pain and took about a year to heal and will likely not be 100%
functional.

The Defendant caused panic attacks in 2018 and 2019 because the Defendant threatened
national security upon learning that his associates were facing criminal charges during the Russia
investigation. The Defendant threatened to shut down the US government in November of 2018,
during the investigation and just prior to one of the busiest travel holidays, while I was preparing
to drive to Florida with my brother in December of 2018. The Defendant caused me to have a
panic attack in mid-December following a holiday dinner with work colleagues because his
conduct became too much to bear. I suffered from anxiety throughout the drive to Florida and
upon arriving for vacation, the symptoms persisted because the Defendant, after taking
ownership of the shutdown, shifted blame and acted like he was not responsible for risking
Americans' safety over the border "Wall." The Defendant caused me to fear that he was not
responsible enough to manage the risks that faced the nation, and that he was a major source of
harm that would worsen in the future. While the Defendant undermined national security and
instigated disdain for his political opponents at the expense of governmental functionality,
including disruption to the many services that Americans rely on, the Defendant caused me to
fear for my life. I had to be hospitalized on December 25th, 2018, because it felt like I was having
a heart attack.

The Defendant's failure to respect The US Constitution and disregard for law obstructed
my sense of clarity and peace. The Defendant's conduct caused me to have visions and
nightmares that disrupted my sleep and my ability to focus during in daytime. I have been able
to exercise foresight that allows me to predict future events, including the weather and natural

Wall, 3

Eric D. Wall                                                                          5/27/2020

disasters, as well as a sense of having a bird's eye view of events that take place in the future.

The Defendant caused me panic because I experienced visions and nightmares about the

Defendant and his involvement with people that threatened American democracy, as well as

nightmares about him trying to take my life.

Around January 10th, 2018, I sold my Jeep and planned to leave the country or move

away from a major city because the Defendant risked national security to fund his "Wall"

project.  The Defendant caused me to fear that America was be in harm's way and the US would

be exposed to grave danger.  The Defendant caused me to fear for my life because he made

attempts to cover for his associates' wrongdoings and risked government functionality as though

he was trying to deflect from his associates' criminal behavior.  The Defendant caused me to fear

that if he engaged in criminal activity, that he would not hesitate to risk my life to appear

guiltless.  The Defendant's decision to risk government functionality, government services, and

national security caused me to fear that his conduct would continue to be a threat to my safety in

the future.  During the shutdown, my personal information was compromised because the

Defendant failed to uphold government functionality and my credit score was damaged.  In

months prior, I was looking into securing a mortgage for my first home, however, that dream

was shattered because I had to fix my score.

The Defendant caused me to fear for my life because he downplayed the harm of white

nationalism and bigotry.  I became more fearful that white nationalism was growing after the

Charlottesville attack, and that people would suffer severe harm and death.  The Defendant's

attacks on federal authorities, including the FBI, became increasingly alarming because the FBI

helps to protect against hate crimes. Furthermore, the Defendant's conduct made me fear that he

subverted the Department of Justice's objectiveness and operations during the Russia

Wall, 4

Eric D. Wall                                                                                    5/27/2020

investigation. For example, the Defendant lambasted the FBI because the Defendant's associates

were under investigation for committing federal crimes and fired key personnel in attempt to

avoid culpability. The Defendant caused me to fear that he would risk national security for the

sake of his personal or political gain, and his self-serving comments exacerbated my fear because

he repeatedly undermined others to portray himself as superior.

On January 16th, 2019, I took my motorcycle out on a dry, sunny day because I

desperately needed fresh air and to clear my mind from the anxiety from the Defendant's

conduct that had been building and consuming my existence. While returning home from about

a 2-mile drive on the motorcycle, I did not see a manhole cover while navigating a right turn, and

lost control of the motorcycle. The crash resulted in total damage to the motorcycle, and caused

me a severe headache, broken bones and damaged ligaments in my right foot, scratching and

bruising on my arm and leg, and I had trouble walking and driving for weeks following the

crash. I went to a local Urgent Care that assessed my injuries. After the crash, I decided to give

up riding because the Defendant repeatedly triggered my anxiety and felt it was unsafe because

the Defendant's repeated use of misinformation worsened my mental and emotional states, to the

degree that his conduct distracted me from my every-day life.

Just prior and during the government shutdown, I suffered from nightmares because of

the Defendant's repeated threats, which caused me to fear that my environment was not safe. As

a result, I sought professional counseling to cope with the symptoms of emotional and mental

anguish and was prescribed different forms of medication to take daily. I also was prescribed

medication for the pain I experienced from the motorcycle accident from medical doctors and

began seeing a podiatrist. My injuries compounded because while I was immobilized, I felt even

more hopeless and helpless from the Defendant's reckless conduct. I was unable to perform

Eric D. Wall                                                                                         5/27/2020

household maintenance or take care of myself as I normally would because of my injuries, resulting in damage to the property where I live.

In early 2019, I adopted a rescue puppy that a doctor certified as an emotional service animal because I need him by my side for comfort.  However, I have been unable walk him as I should be able, and from letting him walk in my backyard he comes back with ticks regularly nor afford regular veterinary care for him.

On February 5th, 2019, I was watching the State of The Union Address and while paying attention to the Defendant's conduct, I noticed his speech and body language that indicated that he was being untruthful and made references that caused me to panic.  The Defendant caused me to fear that he had malicious intentions and that he would cause worse harm to the United States. I turned off the television and I went to an Urgent Care in Airmont, New York because I was in desperate need to remedy the panic, which I felt from observing the Defendant.  However, my anxiety and emotional distress persisted for months and I had to return to get medication for the anxiety the Defendant caused me to experience.  My psychiatrist prescribed me medication to take regularly to cope with the anxiety and depression.  As the Defendant continued to cause mental anguish, I became unable to engage in romantic activities and felt like my entire life was falling apart, because the Defendant caused me severe emotional and mental distress that manifested into physical symptoms.  The Defendant made me feel like my entire world was falling apart, and that the Defendant could not conduct himself like an honorable person because he failed to be transparent or consistent with the truth, which exacerbated my fear and distress. The Defendant also caused me emotional distress because he made harmful statements about members of minority communities in the US.  The Defendant made me fear that no person would

Eric D. Wall                                                                                                5/27/2020

be safe from his vitriol unless they supported his personal or political agenda because he

obfuscated information critical to ensuring Americans' safety.

On July 1st, 2019, I was driving my newly leased Ford Explorer in New York City on a

date. During our car ride, I had asked my date to "buckle-up," and conversation ensued about

being in car accidents.  I felt my hands shake at the wheel because I told her about a car accident

in 2004 that nearly took my life. After I dropped my date off at her apartment, I realized I was

entering a state of panic again and I pulled over to regain my senses.  I proceeded to follow

Amsterdam Avenue southbound to connect to the highway when I came to a red light.  After

coming to a full stop, I noticed a car was parked in the roadway directly in my lane that I would

have to avoid, which is somewhat typical for driving in New York City.  After the light turned

green, I began moving through the intersection and while looking over my left shoulder to check

my blind-spot, I saw a large dark object I thought was the vehicle driving next to me at the prior

light and while my head was turned, I impacted the parked vehicle from behind. I was travelling

about 20 miles per hour and did not think the impact was enough for me to need an ambulance,

but the whiplash I experienced with my head turned at an angle, I would later find out herniated

a disc in my C1/C2 spine from an MRI.

I called the police immediately after impacting the parked car.  The police issued an

incident report as we waited for the driver of the parked car to return to the vehicle, but no one

returned to the car in about an hour's time.  The police issued that vehicle a parking ticket, and I

called my date to ask if I could rest for a short while to alleviate my headache from whiplash,

where I stayed for about an hour before I headed home.  Later that morning, it felt like I was hit

by a train with total loss of balance, vision blurred, ringing in my hears, severe nausea, and

painful body aches.  I called in sick from work that Monday and thought my symptoms would

Eric D. Wall                                                                                    5/27/2020

subside with rest.   On July 2nd, my physical and psychological symptoms worsened, and I went

to the local urgent care.  After checking my symptoms, the doctor ordered an ambulance to take

me to Valley Hospital for CT-Scans where I was diagnosed with a concussion, which to this day

still affects me.   Since my concussion, I have joined a private group on Facebook for people that

have suffered from Traumatic Brain Injury (TBI) or are suffering from Post-Concussion

Syndrome (PCS) for support.  I share my input when possible as it provides me solace in caring

for others, even though it can feel impossible at times that recovery is possible while

experiencing TBI symptoms.

As a result of the pain the Defendant has been causing me, I tried to take my life in

August of 2019 but was unsuccessful.  I have been seeking treatment in various forms, including

psychiatric therapy, cognition testing, medical and physical therapies.  As a result of my physical

injuries, I could not be outside in the summer heat or bright light because I experienced severe

vision problems, loss of balance, and had severe difficulty caring for myself. I have also put on

over 25 pounds as I struggle to maintain my physical fitness.  I have not been able to date much,

as I experience dysfunction and have been prescribed medication for engaging in romantic

activities.  I have also been unable to vacation or engage in sports, flight training, or leisurely

activities that I purchased prior to the accidents. I am a volunteer board member of the New

Jersey Jewish National Fund that meets monthly and have not been able to attend our regular in-

person meetings, except for a 2019 winter reception that I had to leave early as I felt a panic

attack coming.

During the Defendant's impeachment trial, the Defendant caused me anxiety because

appeared to be operating the government with bias and stated that "nobody ever heard of" the

Emoluments Clause. The Defendant referred to the Constitutionally protected process as a

Eric D. Wall                                                                      5/27/2020

"hoax," which he had done about the Russia investigation.  The Defendant caused me anxiety because he continued to attack members of governance and made me fear that he was intimidating people to shield him from the law.   The Defendant's repeated use of the term "hoax" when describing serious issues triggered my anxiety because it disguised the viability of the subject matters.  The Defendant also referred to the coronavirus outbreak as a hoax and used other misinformation tactics that were misleading causing my mental anguish to worsen into more panic attacks, as COVID-19 has infected many people near my home and office.  While acting in the scope of his office, the Defendant removed government staff that were responsible for providing expert advice, national security, facilitating diplomatic relations, and preventing fraud and government waste, among others.  The Defendant caused mental anguish because he risked essential governmental operations and caused me to fear that he was hiding potentially criminal activities.  The Defendant went to great measures to prevent his tax returns from being revealed causing me to fear that he was conning the US Government and the American people.

As a result of my mental and physical injuries the Defendant caused me, I have been prescribed medication to help control my anxiety, depression, pain, and to help me regain focus. As a result of anxiety and selling my Jeep in January of 2019 because the Defendant made me fear for my life, I had to take ride-share services to go where I needed.  As a result of my motorcycle accident, I have been unable to meet my financial obligations and incurred a dozen or more overdraft fees from my bank account, as well as credit card fees for exceeding credit limits because daily life has become nearly impossible to balance from the Defendant's conduct causing my injuries.  I have taken out loans and credit cards to pay for services needed, and my credit score nosedived about 170 points.  I also hired a credit repair firm to help improve my

Eric D. Wall                                                                    5/27/2020

credit score but could not afford the ongoing cost. I have been purchasing supplies to help my

cognition return, calm anxiety, restore my ability to sleep, and other healthcare products.

I have lived the majority of the last 9 months in isolation due to my fear that further harm

would render me in a worse state. I do not drive unless necessary, due to my fear of getting into

another crash as I am constantly distracted by worry because the Defendant continues his

reckless and careless conduct attacking other people and disregarding risk. I got lost when

searching for my psychiatrist's office located in a nearby town in December of 2019, because of

my head injury leaving me with a sense of unfamiliarity. I may live the rest of my life in

constant pain with throbbing tension headaches from the suboccipital nerves that connect to my

scalp. I wake in the morning with severe pain shooting from my spine to my back, and from my

back to my arms and legs. Throughout the day, it feels like a grenade exploding in my spine

with shrapnel ripping through my extremities. To this very day I am unable to fold clothes

properly, perform the wash as I normally would, and my sense of timing and distance is still

disrupted as I struggle with cognitive disruption.

Although my life is torn apart, I pray I will one day recover and that I am able to restore

my full abilities. As a result of the Defendant failing to adequately safeguard the United States, I

live in pain, and I feel trapped, helpless, and hopeless. As a result of my injuries, I have been

unable to perform my abilities to my fullest. I must remain home in solitude with anxiety

compounding because the Defendant failed to adequately protect The United States against

COVID-19. My duties as a risk management consultant have been suffering because I have been

less able to concentrate from my injuries and anxiety, and my anxiety continues to mount as

business clients are suffering from COVID-19 harm, with risk of loss increasing because the

Defendant failed to protect the US appropriately. During the COVID-19 outbreak, I have

Eric D. Wall                                                                    5/27/2020

reached out to family members that have been concerned about my health, including my sister

that has helped calm me during anxiety attacks, similar to when she helped me get to the hospital

in Florida in December of 2018.  Since the COVID-19 social distancing guidelines, because I

live in a high-risk area of the country, I have been unable to see my physical therapist.  As a

result, I accidentally took two medications to help cope with the injuries, which caused me to

have prolonged stomach issues – as if my stomach lining has been burned. I have also been

taking vitamins, medicine, turmeric and CBD supplements to help reduce chronic pain and

anxiety, which may last for the rest of my life.

Eric D. Wall – Claim                                                                    5/27/2020

The Defendant is liable under The Federal Tort Claims Act because he failed to act as a reasonably prudent person while performing official duties within the scope of his office. While holding the position of President of The United States, the Defendant threatened American democracy because he failed to preserve The US Constitution.  The Defendant threatened national security because he hindered government functionality. The Defendant also created harmful societal divide because he undermined US governance and supported hateful ideology. The Defendant acted above the law and threatened American life and liberty because he operated the US Government with bias.  The Defendant exacerbated the risk of harm because he failed to be transparent. The Defendant caused me to fear for my life because he failed to be consistent with the truth and risked my health and safety.  The Defendant's conduct caused mental and emotional anguish that consumed my focus resulting in my physical, economic, and noneconomic harm.  Therefore, the Defendant should be held liable for negligence, negligent infliction of emotional distress, and intentional infliction of emotional distress.

The Defendant "if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred," 28 U.S.C. § 1346(b)(1), and "damages recoverable when contributory negligence or assumption of risk is established… in the proportion which the culpable conduct attributable to the claimant or decedent bears to the culpable conduct which caused the damages." (New York Consolidated Laws, Civil Practice Law and Rules - CVP § 1411.) A Defendant is liable for negligence in New York when:

1) The Defendant owed a duty of care to the Plaintiff;

2) The Defendant breached his duty of care;

3) The Plaintiff's injury was proximately caused therefrom.

4) The Plaintiff suffered damages.

1

The Defendant owed a duty to preserve, protect, and defend The US Constitution according to the Presidential Oath he took. (U.S. Const. Art. II, § 1).   The Defendant had a duty to protect the nation from harm and to "take Care that the Laws be faithfully executed," however, he ignored US laws and treated the law like a vehicle to drive his political agenda. (U.S. Const. Art. II, § 3).   Had the Defendant honored the Constitution, he would have conducted himself without bias when federal bodies enforced the law and adhered to the meaning of its provisions. Instead, the Defendant while performing official duties within the scope of his office worked against law enforcement in favor of criminals that were part of his network.   The Defendant also placed individuals in government positions whose conduct shielded him from the law. Furthermore, the Defendant treated Constitutional provisions as inapplicable to himself.  By doing so, the Defendant conducted himself like an autocrat that leveraged power without adherence to the rule of law.

In US v. Carrol Towing the New York Second Circuit Court of Appeals established that, when a defendant's conduct imposes harm onto society that outweighs the cost of taking adequate precautions to mitigate the risk of harm, then the Defendant is liable for negligence.  In US v. Carrol Towing, a marina's employees failed to secure safety lines to a barge causing the barge to drift from where it was docked.  When an employee staffed to look after the barge was not present during his shift, the barge collided with a tanker and sank into the Hudson River because the employee failed to maintain his duty to protect the barge.  The Defendant was found to have breached his duty of care because he failed to take adequate precautionary measures against risk causing the barge to sink. Like the defendant in Carrol Towing, the Defendant here breached his duty of care because while acting in the scope of his office, he failed to take care that laws were faithfully executed because he undermined federal authorities' roles and acted

like the law did not apply to him. The Defendant here also to failed to take adequate precautionary and reactive measures to safeguard the United States from harm. Had the Defendant conducted himself with the reasonable care expected of an ordinary person, I would not have suffered from distress and physical injuries for over two years.

The Defendant breached his duty because he failed to take care that the laws be faithfully executed and acted like the law was constructed in his favor. When questioned about conflicts of interest in November of 2016, the Defendant told New York Times personnel that "The law's totally on my side, the president can't have a conflict of interest." The Defendant's statement indicated that law is biased in his favor, and, wrongfully stated that the president cannot have a conflict of interest. Under Article I, Section 9, Clause 8 of The US Constitution states, "No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state." The Citizens for Ethics and Responsibility in Washington (CREW) recorded over 2,500 of the Defendant's potential conflicts of interest while acting in the scope of his office, including: 1,493 visits to Trump properties by government officials including the president; 533 miscellaneous interactions between government officials and the Trump Organization; 286 instances in which the president or administration officials used their platform to promote Trump properties; 176 events by political organizations or foreign governments held at Trump's properties, and; 63 trademark approvals to Trump businesses in foreign countries, while the Defendant operated in his official role. Profiting from the presidency could violate § 2635.702 because the Defendant's conflicts of interest, like use of his name-branded properties for official business, indicate that profit under office. However, the Defendant seemed to openly advertise his willingness for using

3

private properties, and his position, to profit. The Defendant's reckless attitude about mixing his

personal interests while acting in the scope of his office alarmed me to the risk that the

Defendant was content about conducting himself above the law.

In 2017, the Defendant's associates were being probed for having unlawful connections

with Russia, which would put America's national security at risk.  The Defendant denied his

connection with Russia; however, the Defendant has maintained close relationships with

President Vladimir Putin of Russia, Paul Manafort, Russian businesspeople that he or his family

members while holding official positions met with privately, and with organizations with

Russian financial interests.  For example, when asked about meeting President Vladimir Putin of

Russia, on July 31, 2016, the Defendant said on public television, "I've never met him. I have no

relationship with Putin. I don't think I've ever met him. I never met him." The Defendant also

stated that "the people of Crimea, from what I've heard, would rather be with Russia than where

they were."  Prior to the Defendant's denial of meeting President Putin, the Defendant said on

Oct 17, 2013 that he has done "a lot of business with the Russians" and that he met Putin once.

Compared the Defendant's statements years prior, on November 9, 2013, the Defendant was

asked whether he has a relationship with Putin. The Defendant stated, "I do have a relationship,

and I can tell you that he's very interested in what we're doing here today."

Compared to the Defendant's statement in July of 2016 that he "never met" Putin, on

March 6, 2014, the Defendant said "Putin even sent me a present, beautiful present, with a

beautiful note, I spoke to all of his people" at the Conservative Political Action Committee

conference.  The Defendant's contradiction about having a relationship with President Vladimir

Putin has been alarming because the Defendant's conduct is an attempt at covering up his ties to

a foreign dictator.  The Defendant's conduct is extreme and outrageous because lying to the

4

American public about ties to a foreign dictator could risk US national security. The Defendant's denying that he met Putin was an outright falsehood. I started to sense that the Defendant's relationship with Putin was stronger than he was describing, and that it was possible that the Defendant could be indebted to Putin. The Defendant's contradiction about his relationship with Putin caused me to panic that the Defendant would hide his connection to Russia, and by doing so, the Defendant was putting American democracy and the people at risk. The Defendant made an outright falsehood that misled people to believe that he *never* met with a foreign dictator that has reportedly killed his own people, including news reporters, when in fact the Defendant admitted to having a relationship with Vladimir Putin. The Defendant caused me to fear that he supported Putin's imperialist agenda because he defended Russia's decision to attack Ukraine, which is a NATO ally and went so far as to say that Crimean people would prefer to be part of Russia, which is contrary to historical accounts as the conflict costed tens of thousands of lives according to UN reporting.

The Defendant breached his duty of care because failed to faithfully execute his office. Instead of supporting federal authorities' investigations, he undermined them. It became extremely alarming that the Defendant showed fondness for dictatorship, and as someone with relationships with current foreign dictators such as Vladimir Putin and Kim Jung Un, would later go on to say "Where is my favorite dictator" at the G7 Summit conference when searching for Egyptian president Abdel Fattah al-Sisi. The Defendant made me fear that he was trying at all costs to hide his potentially criminal infractions. The Defendant caused me ongoing anxiety because his conduct during and after the investigation indicated that being honest and transparent would be riskier to him than trying to coverup or downplay his associate's crimes, and his potential wrongdoings. I became consumed by fear that the Defendant was trying to hide his ties

to those that committed federal crimes, as well as his ties to Russian interference in the 2016 election, which by the evidence harmed his opponents and helped him win. The Defendant's attempts to distract the public, including me, away from the heart of the investigation felt like being stuck on a train where the conductor was heading me into a devastating crash. The Defendant while performing his official role in the scope of his office made thousands of attempts to steer public opinion away from his potential wrongdoings. Instead of providing transparency, the Defendant promoted his image causing me to fear that he would not adhere to the law and that he was masking treasonous conduct.

From observing the Defendant's conduct, the Defendant caused me to fear that he was making hidden deals with people that he did not want to be disclosed. As images and video surfaced revealing that the Defendant seemed to have a personal fondness for autocratic leaders, the Defendant caused me to fear that he was likely transacting business he wished not to disclose to the public. When analyzing the Defendant's conduct from meetings that he held in the US with foreign parties, it also appeared that certain financial or commodity markets would react in stride with his meetings. The Defendant alerted me to potential conflicts of interest he may have created with Vladimir Putin of Russia, Kim Jung Un of North Korea, Tamim bin Hamad Al Thani of Qatar, Volodymyr Zelensky of Ukraine, to name several that I noticed. The Defendant caused me to fear that he was acting in his own financial interest or in the interest of his power and mixing his official role with a personally beneficial one, which would be a conflict of interest.

My understanding of body and vocal language stems from studying animal behavior, as I have trained dogs domestically and interacted with large mammals in Africa. When two mammals engage in an environment with one another, there is a sense of gauging the comfort

6

within the environment by those mammals.  Human beings are like primates or other intelligent

mammals with two cranial hemispheres, when reacting to stimuli that indicate their psyche in

their environment.  For example, when two dogs meet, and dog "A" becomes submissive to dog

"B", then, dog "A" may roll on his back beneath the animal, extend his legs to show his vital

organs are exposed – a gesture that communicates vulnerability to attack – understandable to

humans as a showing of submissiveness to dog "B" that dog "A", by exposing the most

vulnerable parts of dog A's body, then, dog "B" is the dominant animal in that encounter.  When

in a conflict or when dog "A" feels defensive or protective, his ears will be pinned to the sides of

his head, his back may arch with hair on the nape raised, and his front quarters crouched as if to

indicate a lunge preemptive to a potential strike.  These types of warnings are designed to

communicate a space of allowable "interface" with dog A based on dog A's perception of

comfort and safety in a meeting environment.

Further, if any dog feels threatened, either by a dominant counterpart or by showing

submission to the other animal, the dog will cover its vital parts with its tail.  The Defendant

indicates that with his right hand, he typically "offers" submission by offering his shaking hand

beneath the hand of the other party, which would make the other party feel dominant by having

the controlling position – having his or her hand over the hand of the Defendant.  Separately but

also commonly, the Defendant covers his own vital regions with his left hand, as if to indicate he

is either threatened – or – he is protecting his vulnerabilities from being exposed.  My read on

the Defendant's behavior is that he fears truth will be exposed about his misdealing with foreign

parties. While meeting a foreign party may seem scary or uncomfortable, it has become clear to

me that when the defendant meets with parties that may have interest, information, or some type

of control over the Defendant, the Defendant offers his right "shaking" hand beneath the hand of

the other party – a potential asking for protection of the Defendant's vulnerabilities through a silent understanding of vulnerability or "trust" - to form an understanding of perceived safety or an unspoken agreement. Further, the Defendant covers his genital region with his left hand to protect his weak areas. This behavioral indication is consistent when the Defendant meets with foreign parties with whom the Defendant has done business, and likely continues to do business with currently, and through his mannerisms indicates the need for that foreign party to protect him. Furthermore, when observing the Defendant's handshakes with foreign parties, the Defendant extends his pointer finger when grasping the wrist of the foreign party, often a dictator such as Vladimir Putin and others that are considered threats to the US. This alarmed me that the Defendant was forming a special relationship or trustful bond with those parties he kept secret from the public.

By recognizing a slight rising pitch in the Defendant's voice when speaking with other parties, usually with a casual or nonchalant demeanor, it resembles the young of a litter or pack asking for food or freedom, like asking for a "favor", that the animal wishes the other, dominant animal will grant to the "asking" animal. When meeting with foreign leaders, the Defendant's pitch and tone changes are subtle, but recognizable, especially based on the level of interest that likely exists between the parties, which the Defendant likely wants to remain undisclosed to the public. By seeking these minor variations, one can observe the Defendant's behavioral communication that indicates the Defendant making subtle pacts with foreign parties not easily apparent to the public.

The Defendant breached his duty to take care that laws be faithfully executed because he took measures to hinder the Russia investigation. For example, in May of 2017, the Defendant fired FBI Director James Comey after Comey testified to Congress that the FBI was looking into

the Defendant's potential ties to Russian interference. Had the Defendant upheld his duty of care to faithfully execute the law, he would have allowed federal authorities to perform their roles to ensure that US election results were valid and to ensure the safety of future elections. Had the Defendant allowed transparency into events affecting the 2016 election and subsequent investigation, authorities could have found him innocent or disconnected from his associates' crimes. However, the Defendant referred to the investigation as "a hoax", which conveyed that he wanted people to believe that a legal process was fake, and that the Defendant had no regard for the rule of law. While the Defendant's associates were investigated for federal crimes such as lying to federal authorities, obstruction of justice, witness tampering, tax violations, and other crimes, the Defendant publicly defended many of those parties. The Defendant also undermined the importance of the investigation meant to protect a fundamental democratic process and ensure that he was the rightful election winner.

On January 10, 2017, the Defendant tweeted, "FAKE NEWS - A TOTAL POLITICAL WITCH HUNT!" describing authorities' investigation to ensure the safety of our elections. The Defendant referred to the media as "fake", "fake news", or "lamestream" to persuade people into trusting him more than they would trust the free press.   Freedom of the Press is protected under the First Amendment of The Use Constitution, but the Defendant conveyed that he had contention with the press operating freely. The Defendant's repeated attempts to control the media's messaging caused me to fear that he would stop at nothing to cover up is wrongdoings. The Defendant also "spun" reports in ways that departed from facts.  The Defendant caused me anxiety about he was putting his interests over protecting the nation's fundamental democratic processes, and caused me to fear that he was fearful that his potentially criminal conduct would be exposed.  The Defendant's conduct masking truth for the portrayal of his success caused

mental anguish to the degree that I could not focus on my routine activities. Had the Defendant respected government functions to protect Americans' safety and adhered to officials' warnings, America would not have suffered from various sources of harm.

The Defendant's repeated attacks on media outlets on both sides of the political spectrum indicated that he was most concerned with media portraying him in a positive way at the expense of transparency that might indicate the Defendant's failures. Recent polls indicate that about 1/3 of the US population surveyed identifies the media as the enemy of the people, signaling that the Defendant's call for mistrusting news outlets is effective propaganda. As I tried my best to remain calm, I experienced a sense of impending doom that would throw The US into a state of disarray and panic akin to the pain I have experienced for several years. For example, during a federal investigation into Russia's meddling into the 2016 American elections, the Defendant called the media "fake news" to distract the public from the underlying issues. The Defendant appeared to be obstructing freedom of the press to protect his interests, even if doing such would violate the presidential oath to defend the US Constitution. Freedom of the press is protected under the first amendment. The Defendant's remarks about the media indicated his disdain for freedom of information supplied by a free press, and caused grave concern about his duty to defend the Constitution, for which the Defendant showed insufficient care. The Defendant continued his attacks on the media in attempt to steer the public away from information that could put him in a negative light during the Russia investigation and while acting in the scope of his office. For example, the Defendant stated that the President cannot have a conflict of interest, he never heard of the Emoluments Clauses, and openly promoted products and enterprise while acting in his official capacity. The Defendant's conduct caused overwhelming

anxiety because the Defendant indicated he would stop at nothing to have his way, without respect for the Constitution, as a dictator would act.

The Defendant's remarks in 2017 proclaiming that American media was "fake," "fake news," and later labelling certain outlets as "the enemy of the people," caused me severe anxiety because history shows that dictators such as Stalin, Hitler, Castro, and others, all suppressed media outlets to take control of information upon which their nations relied. As Supreme Court Justice Hugo Black once stated, "Only a Free and Unrestrained Press can effectively expose deception in government." The Defendant's inability to be transparent, and his attempt to stain information supplied by a free press is an abomination to democracy and the First Amendment of the US Constitution. The Defendant caused me to fear that he engaged in deception while acting in the scope of his office because he was pulling wool over the public's eyes about critical issues by claiming the media itself was fake. The Defendant's deceptive tactics came at the expense of being transparent and factual, which the American public relies on to be aware of their surroundings and to be best in touch with reality in real time.

Throughout 2017, the Defendant proclaimed that he would build a Wall, which prompted me to pay close attention to him because my last name is Wall. The Defendant caused me mental anguish and anxiety because the Defendant touted his "Wall" project as a great feat, when in reality he subjected human beings to inhumane conditions that led to their suffering and death. I attribute the name "Wall" as synonymous with integrating a strong foundation and providing protection. Seeing immigrants confined in subhuman conditions made me fear that the Defendant disregarded the value of human life, health, and safety. It appeared the Defendant had no sense of decency as he isolated people and stripped people of their dignity, stealing their freedom, and made inhumane treatment acceptable.

11

The Defendant's use of my name made me feel like I was trapped under his hostile domain, like the people confined at the border wishing to immigrate to the United States as my relatives had done decades ago. Each time the defendant used my name with his hostile actions, I felt like I was going through a tree stripping machine that grabs a tree at the base, saws the trunk, flips the tree, and shreds off its branches before dumping the remnants to be carried away. The Defendant caused me to fear that he would abuse anyone in society that would reject his absurd conduct that harmed people. As a result, I suffered from panic attacks and was prescribed medication, and have taken over-the-counter medicine, to help control the anxiety the Defendant caused me, which worsened as his conduct became more horrific while acting within the scope of his office. The Defendant continued treat others inhumanely as he showed little sense of empathy, remorse, or care for Americans unless they contributed to his need for power.

The Defendant's lack of care for serious issues has been a detriment to society and that caused my mental anguish for over two years. The Defendant's careless and malicious behavior while acting in the scope of his office caused my anxiety about his conduct to the point that he distracted me from doing routine tasks. For example, after the Defendant made misleading statements or attacked others on Twitter, I would make food for my dog and then forget to provide the food bowl. On several occasions I would be preparing to take out the trash but was so consumed by the Defendant's misdirection that I would leave the garbage bag inside having been so distracted that I did not recall preparing the garbage in the first place. The Defendant's misinformative conduct caused me to pour myself into trying to decipher truth from the Defendant's misleading statements. The Defendant's neglect to provide transparency caused me to question how the Defendant could respectfully represent the United States, or treat Americans with appropriate care when he compulsively deflected topics and chastised others. The

Defendant's masking transparency under his domain was like being trapped in a maze with a minotaur lurking around blind corners. The Defendant caused me to fear that if I were to turn away from his conduct that I would be blinded from impending doom. The Defendant's deflective and divisive conduct caused me to worry that he had a hidden personal agenda, and his deceptive behavior spinning information made my head spin. I tried my best to stay focused on my normal activities but found myself repeatedly consumed by anxiety because the Defendant failed to be transparent and constantly distracted from serious issues at hand.

On May 30th, 2017, while at a baseball practice, I was in the shortstop position when I dived for a groundball and failed to protect myself with my free hand, as I extended my left arm to catch the ball, and fell to the ground on my shoulder. My shoulder planted into the ground, and my body kept moving in the direction of my dive. My left shoulder ripped out of the socket and I needed a shoulder reconstructive surgery on June 6, 2017, to place the bones in my upper left scapula in the correct supportive places and have my humeral head (top of shoulder bone) reattached into the reconstructed shoulder socket. I wish I had not been so distracted by my fears of impending doom, or else I properly could have extended my free hand to brace my fall and slide on my chest as is typical for making that type of play. My diving for the baseball as it approached me in that moment was symbolic of me trying to stop danger that I sensed but could not think or operate my body to protect myself.

On August 12, 2017, after a young man that supported neo-Nazi ideology plowed his car into a group of counter-protestors in Charlottesville, Virginia, the Defendant said that were "fine people" on "both sides" of the protest. The Defendant backed his statement about the protestors including the driver, who was convicted of first degree murder, hit and run, eight counts of malicious wounding, and 29 counts of federal hate crimes, stating that the Defendant "answered

perfectly," after the driver killed a young woman and wounded 28 others.  The Defendant continued saying, "I was talking about people who went because they felt very strongly about the monument to Robert E. Lee, a great general" describing those who disagreed with removing the confederate general's statue.  Robert E. Lee was known for enslaving and brutally killing Americans.  The Defendant's equating "both sides" having "fine people" is extreme and outrageous, because he grouped people that supported hateful ideology and acted violently, with people who protested against hate and violence.  The Defendant downplayed the far-right fascist movement in America, known for advocating violence against minorities and supporting white nationalism.  As a result, bipartisan members condemned the Defendant's conduct because it exemplified the Defendant's inability to distinguish between right and wrong.  The Defendant also bashed and taunted the FBI, which was alarming because the FBI works to prevent or reduce American hate crimes.

In early 2018, the FBI and prosecutors neared closer to exposing the Defendant's ties to foreign parties that were found to interfere with the 2016 presidential election. In response the Defendant increased his efforts to shield himself from facts that could be damaging to him. When the Defendant learned that Robert Mueller was appointed as special counsel by former Attorney General, Jeff Sessions, it is reported that "the President slumped back in his chair" and the Defendant said, "Oh my God. This is Terrible. This is the end of my Presidency. I'm fucked." The report also describes the Defendant becoming "angry and lambasted" Attorney General Sessions, stating, "How could you let this happen, Jeff?", and uttered "You were supposed to protect me" when speaking to Sessions. While following the investigative reports, I became overwhelmed with a sense of fear that the Defendant was sacrificing my safety and the safety of all Americans, undermining the foundations of democracy, and hiding from federal

Eric D. Wall – Claim                                                                                  5/27/2020

authorities' findings.  For example, in February of 2018, US federal authorities charged three

Russian entities and thirteen Russian nationals for interfering with US elections and political

processes.

On April 3, 2018 Alex van der Zwaan, an attorney whose firm was recruited by Paul

Manafort – the Defendant's former campaign chairman arrested for tax and bank fraud - was

sentenced to prison for lying to FBI investigators. Van Der Zwaan was identified as having a

close relationship with Rick Gates and Paul Manafort, as well as ties to Russian finance

operations, including a connection to a person identified in the Mueller Report as "Individual 1"-

likely the Defendant. The Defendant's conduct throughout the investigation caused me to fear

that he was fearful of getting caught for his involvement with convicted felons, because the

Defendant tried to undermine the investigation instead of allowing authorities to execute the law.

On April 9, 2018, the Defendant's former personal attorney, Michael Cohen, was arrested

and later convicted for campaign fraud.  Michael Cohen stated to Congress under oath that he

"chose to take part in concealing Mr. Trump's illicit acts rather than listening to my own

conscience," and was ashamed for serving the Defendant, because the Defendant "Is a racist. He

is a cheat. He is a conman." Cohen stated when describing the Defendant's conduct organizing a

cover up for his alleged affair with a porn star that the Defendant also deliberately created "a

criminal scheme to violate campaign finance laws."  The Defendant's scheming conduct became

the focus of further scrutiny on June 8, 2018, when charges were brought against Paul Manafort

and Konstantin Kilimnik, a former aide to Manafort who was suspected of having ties to Russian

intelligence, for obstruction of justice and conspiracy.  Formal charges were brought against

Manafort for conspiracy to launder money and acting as an unregistered foreign agent, as well as

Eric D. Wall – Claim                                                                      5/27/2020

lying to authorities.  On July 13, 2018 US federal authorities indicted twelve Russian military

intelligence officers for hacking and releasing Democratic emails during the 2016 campaign.

On August 21, 2018, Manafort was found guilty for eight counts of fraud.  On September

7, 2018, George Papadopoulos, the Defendant's foreign policy advisor to his 2016 presidential

campaign, was sentenced to 14 days after Papadopoulos lied to the FBI.  Papadopoulos indicated

that he worked for the Defendant prior to meeting with a professor, Joseph Mifsud with ties to

Russian intelligence, when facts revealed that Papadopoulos worked for the Defendant after

Papadopoulos contacted the professor. The professor offered information about thousands of

damning emails about the Defendant's political rival prior to the public learning that Russia had

stolen the information.  On appeal, Judge Randolph Moss found that Papadopoulos "failed to

demonstrate that the D.C. Circuit is likely to conclude that the appointment of the Special

Counsel was unlawful—and, indeed, he has failed even to show that the appeal raises a 'close

question' that "very well could be decided" against the Special Counsel."  It appeared that the

Defendant's former aide was trying to illustrate that US federal authorities were acting

unlawfully even after Papadopoulos was found guilty of federal crimes.  The Defendant's

network undermining US federal authorities became a playbook strategy for the Defendant as his

network was found to have ties to Russia's hacking scheme.

During Manafort's trial, the Defendant described the process as "very unfair," like the

Defendant was unhappy with the findings that could reveal the Defendant's involvement.

Following the sentencing, the Defendant defended Manafort calling him "a very good person,"

and by doing so, revealed that the Defendant's value of good conduct includes criminal

activities.  The Defendant went so far as to defend Roger Stone, who was indicted and convicted

of obstruction, witness tampering, and making false statements.  Roger Stone, who once

described himself as a "dirty trickster" has a political career that extends back to the Nixon reelection campaign and served the conservative party alongside Paul Manafort. The Defendant said that Roger Stone was "treated very badly" and when referring to those who led the investigation that "People were hurt viciously and badly by these corrupt people." Roger Stone also displayed the infamous gesture, Richard Nixon's "Double V" sign, when leaving the federal courthouse following a hearing. Roger Stone appeared to be taunting the media, the public, and the court, and would also post a threatening image against the judge presiding his case. The Defendant intentionally tried to steer public opinion away from the criminals of whom the Defendant had engaged prior to their convictions. The Defendant's conduct was abhorrent and resembled nothing like an honorable leader, President of the United States, or upstanding citizen. The Defendant called Stone's trial a "miscarriage of justice," and undermined the federal prosecutors, the judge, and stated that a woman on the jury "had significant bias." The Defendant's attempts to influence the trial outcome and criticize the legal process was not a faithful execution of his office and appeared to be overstepping the balance of powers. The Defendant caused me to fear that he believed he had authoritarian control because he undermined the investigation, and the rule of law, to make his associates seem like victims when his associates were found guilty of federal crimes. While acting in the scope of his office, the Defendant downplayed his associates' culpability for the sake of protecting his image, which made me fear that he would sacrifice national security and risk the safety of the upcoming election. By paying close attention to the Defendant's behavior, verbally and physically, the Defendant caused me to fear that he was desperate to hide his guilt during the Russia investigation.

Eric D. Wall – Claim                                                                                    5/27/2020

The Defendant appeared to be fearful that he would be exposed as having violated the law during televised interviews, and appeared vigilant to cover up his connection to convicted criminals.  On November 8th, 2018, the Defendant's Attorney General, Jeff Sessions, submitted his resignation at the Defendant's request. The Defendant replaced Sessions with Matthew Whitaker, who publicly criticized Robert Mueller. Mueller championed the investigation leading up to the Defendant's associates' criminal convictions.  The Defendant appeared to be stacking the deck with people that could undermine the investigation to shield himself from being found culpable, as pressure drew closer to the Defendant as his personal alliances were found guilty of federal crimes.  On November 29th, Cohen pleaded guilty in the Mueller investigation to lying to Congress regarding the Defendant's "Trump Tower" in Moscow.  As the Mueller investigation focused on the Defendant's business operations, the Defendant became part of the investigation and labeled "Individual 1" according to official court records.  While the Defendant attempted to deny ties to the allegations and convicted felons, he also tried to structure a tower of people that appointed people that could better serve his agenda.  For example, after the Defendant requested Sessions' resignation, the Defendant appointed William Barr as Attorney General to the Justice Department as though he was running the US Government like a branch of the Trump Organization.

On December 12, 2018, Michael Cohen was sentenced to three years in prison on charges related to campaign finance violations, tax evasion and lying to Congress. In his guilty plea, Cohen claimed then-candidate Donald Trump directed him in 2016 to pay hush money to two women who alleged affairs.  Throughout November and December of 2018, I asked myself daily, "why would Trump go to such great lengths to defend convicted criminals and threaten to disrupt investigative activities?" that could reveal his connection to Russian interference here in

18

the US.  The Defendant's caused me to fear that the leader of the free world was a danger to democracy by downplaying the need to safeguard our elections, and moreover because tried to cover up his existing connection to Putin.  During December of 2018, my anxiety skyrocketed because the Defendant acted like he would stop at nothing to hide from the law.   The Defendant's attempts at covering up his associates' wrongdoings disrupted my sense of clarity because the Defendant seemed to be overtly preventing the Justice Department from doing its job, and worse, was using the head of the Justice Department to control the outcome of the Defendant's cases. The Defendant's overreaching his authority caused me severe anxiety because he was subverting legal process aimed at reaching justice, and his conduct was aimed at undermining justice for his political needs.  I feared that it would only be a matter of time before the Defendant would risk other vital parts of American democracy, including justice and national security, for the Defendant to feed his power. Michael Cohen also described that the people the Defendant hired to work for him in a legal capacity struggled to cope with having to cover for the Defendant, and admitted that they knew they would have to lie for him.  The Defendant's conduct stretches beyond the bounds of decency because he risked lives by undermining government functionality, creating distrust for US leadership, and by threatening government workers' legal and designated roles while acting in the official scope of his office.

The Defendant's fabricated claims are damaging to anyone that depends on transparency and facts for peace and clarity.  I am someone who relies on having clarity in my every day existence, for my sense of peace and comfort, for my performance in my job role, and also because I have abilities that some would consider gifted foresight.  Over the past three years, the defendant has deconstructed the framework that supports fairness and balance of power, and reconstructs the United States Government in a way that best serves him, causing my fear that

Americans' liberty and safety were being risked. I experienced distress that America would someday be in harm's way due to the Defendant's reckless disregard of risks that face our nation, leaving me hopeless on a daily basis.  My feeling that America would someday experience impending doom began in December of 2018, prior to taking a drive to Florida to visit my family for the holidays.  At that time, the Defendant was threatening a government shutdown because he was unhappy with Congress offering over $1B to fund of his "Wall", and simultaneously during the Russia investigation as his associates were found guilty of federal crimes.  The Defendant's choice to disrupt government functionality at that time felt like a cover up attempt to obstruct the investigation, and I grew fearful that some type of disaster was about to happen to our country because the Defendant risked Americans' safety using strongarm tactics.  In mid-December of 2018 after an enjoyable holiday dinner with my professional colleagues, I called my father in hysterics trying to describe the sense that a dark force was headed our way and I felt helpless against it.

The Defendant repeatedly stated that there was no collusion and downplayed the fact that Russia was found to have interfered in US elections.  The Defendant's disregard for Russia's criminal activities was not a faithful execution of his office.  The Defendant appeared content that the investigation had not concluded that collusion existed.  As a result of the Defendant's conduct, I lost my ability to sleep, concentrate, and find sense peace of mind.  The Defendant's choice to shut down the United States government in 2018 – 2019 exacerbated my state of anxiety into a panic attack.  From a reasonably foreseeable standpoint, the Defendant disregarded risks that could ultimately harm the American people for the Defendant achieving his campaign promise to build the "Wall." As the Defendant continued to boast about the border wall in the south of Texas, every time I used the internet or passed by a newsstand, I was reminded of my

panic attack because my last name is Wall.  The Defendant threatening to weaken America's governmental services while he was under investigation for collusion caused me to brace for impact because of the dangers that could ensue.  The Defendant's conduct throughout the investigation caused me to feel like my ribcage was collapsing onto my lungs. As I gasped for air in panic, I choked on my tears in a state of hysteria.  I could not cope with the fact that the Defendant, while under investigation for ties to a foreign nation that kills its own citizens, would risk public safety and deflect focus from the investigation to his self-proclaimed border crisis.  It was clear to me that there was a crisis at hand, however, it was not the crisis the Defendant wanted the public to believe.  The Defendant's manipulative and dangerous conduct caused me to sense a dark cloud to looming over me, and that I would be defenseless against imminent evil the Defendant was hiding.

The Defendant's carelessness about risks facing America prior to the 2018-2019 shutdown and disregard for respecting government officials' roles, parallels his carelessness and disregard of the same to adequately prepare the United States against pandemic disease.  For example, the Defendant's choice to allow flights from Europe to New York after the virus spread from China to Italy and other countries reflects the Defendant's disregard for the warnings provided by official government services and personnel. The Defendant's conduct has caused me to fear for my life and safety and for the lives of others, to the degree that I have been unable to function normally resulting in my psychological and physical injury.  As such, I have lived in a constant state of anxiety that remains because the Defendant continues to act negligently. At the heart of this nation are the principles of life, liberty, and justice for all.  Each time the defendant makes a statement that is not true, undermines people in leadership roles, attacks those in the

media who may disagree with him, uses divisive tactics that cause Americans to feel fear or anger against one another, he tears apart the fabric of our democratic republic.

The Defendant was described by senior administration officials as making national security decisions on "a whim". On December 20th, 2018, Defense Secretary James Mattis resigned following the Defendant's attack on his character and service as a decorated military general. The Defendant called Mattis "The world's most overrated general" and described him as "not tough enough," after Mattis had gained decades of experience managing conflict in the Middle East and warned about the Defendant's haphazard approach to combatting ISIS, as well as the Defendant's lack of support for US allies in the region. The Defendant's verbal assaults on Mattis as well as the Defendant's fondness for Russia caused me anxiety that the Defendant was moving towards Putin's goal of destabilizing the Middle East for Russian interests. The Defendant also claimed that ISIS had been destroyed and was withdrawing support for Kurdish forces that were essential to containing the terrorist group, when in fact ISIS had not been . destroyed. The Defendant made me fear that there were no limits to the severity of his falsehoods and would risk critical information about US safety for his self-promotion. The Defendant breached the duty of care that an ordinarily prudent person would provide, because he failed to keep stability within governance and failed to provide factual information to the American people. The Defendant made me fear that he was manipulating government employees to control them, by sending a message they could be fired if they do not bend to his will. It became worrisome that the Defendant did not respect the people or the processes that have been designated purposefully for performing necessary government functions.

The Defendant disregarded limitations on his power by acting biased towards certain individuals in other branches of US Government. For example, on September 15, 2019, the

Eric D. Wall – Claim                                                                                    5/27/2020

Defendant tweeted, "Brett Kavanaugh should start suing people for libel, or the Justice

Department should come to his rescue," also, "The lies being told about him are unbelievable.

False Accusations without recrimination. When does it stop? They are trying to influence his

opinions. Can't let that happen!"  This came during an inquiry that Justice Kavanaugh had

engaged in sexual misconduct when a story broke about him sexually assaulting a young woman.

The Defendant's conduct is extreme and outrageous because he disregarded the potential that

one of his appointees engaged in criminal behavior, and hypocritically asserted that others were

trying to influence Kavanaugh's opinions, when the Defendant was overtly influencing opinion.

The fact that the Defendant recommended the Justice Department come to Kavanaugh's rescue

indicated that the Defendant believes the Justice Department is a defense mechanism meant for

shielding the Defendant and his allies from the rule of law.  The Defendant's conduct calling for

impartiality by The Justice Department during the Russia investigation is similar to the

Defendant's statement for the Justice Department to "rescue" Justice Kavanaugh.  The

Defendant may have conflated the roles of separate US Governmental bodies which would be in

violation of the Separation of Powers in The US Constitution.  For example, the Executive

Branch is meant to be separate from the decisions made by the Judicial branch, and vice versa.

Furthermore, the Justice Department was designed to be independent and objective from

individual parties' interests.

        The Defendant breached his duty of care by failing to prepare the US against the

Coronavirus (or COVID-19) while serving in his official capacity.  The Defendant had prior

knowledge of pandemic disease being a threat to Americans as health officials presented the risk

to him prior to his inauguration in 2016.  The Defendant proceeded to dismantle pandemic

response offices and personnel that would act as the safety needed for protecting the US from

pandemic risks.  By ignoring the importance of taking sufficient precautionary measures, the Defendant failed to safeguard America as disaster was headed in our direction.  Like the barge employee failing maintain his position as the barge headed for disaster, the Defendant breached his duty of care by failing to prepare The United States against risk of which he was aware. Worse, the Defendant disbanded the offices and professionals designated to protect against pandemic disease.

Had the Defendant's upheld his duty with reasonable care, he would have listened to experts and officials about the risk of the disease spreading to the US and prepared the US by providing adequate care, the US could have taken adequate precautionary measures to reduce the harm we experience today.  On top of the harm caused by failing to act prudently, the Defendant exemplified his lack of care by stating that he was "not concerned" about the coronavirus. Further exemplifying the Defendant's carelessness while American lives are at risk, when US Governors and Senators pleaded to the Defendant for personal protective equipment, ventilators, and transparency about the risks of the spreading COVID-19 outbreak, the Defendant verbally assaulted them to shift blame for the Defendant's careless response to the disease.  The Defendant was also careless by utilizing the disease as a political weapon to undermine the American people's faith in US leadership, and worse, the Defendant manipulated people's fears for his benefit by instigating divide between the people for his own benefit.

It was not a secret that pandemics posed a risk to Americans and our way of life, as in recent years, prominent members of the medical and technology sectors have presented on the risks of pandemics informing millions of people.  The Defendant's ignorance and blame shifting is not only an inexcusable defense, ignorant conduct goes against public interest coming from leadership and causes me to panic over the Defendant's conduct.  The Defendant's conduct

caused me to feel a sense of mistrust for the Defendant, and being in his official capacity, it

became distressing that he would name-call others in leadership that request help for issues

facing them as exemplified by the Defendant's responses to Democratic governors prior to the

pandemic. I rely on having peace of mind of clarity to live my everyday life, to perform at work,

and to exercise abilities that some may consider rare.  Examples of rare abilities I exercise

include my ability to predict the outcome of certain events, such as the weather or sports, and my

ability to foresee harm to warn others prior to that harm occurring.

The Defendant's use of misinformation and deflections about serious risks made me fear

that America was heading for disaster and we would be unable to gauge the severity of harm.

consumed my every day thinking and living, to a point of constant distraction. The Defendant

publicly advertised his carelessness about the coronavirus outbreak because he chose to attend

sporting events such as the NASCAR race, and engaged in leisurely activities such as golfing,

while COVID-19 posed grave harm to the American people. While hospitals have been reporting

a serious lack of necessary medical supplies, the Defendant has downplayed his breach of duty

by misleading the public about having enough testing kits when in reality, America did not have

enough kits or personal protective equipment.  For example, when asked how the Defendant

rated his response to the COVID-19 outbreak in America on a scale of 1-10, he gave it "a ten."

At that time, tens of thousands of people were at risk of infection, while medical personnel and

first responders were falling ill because the Defendant failed to secure sufficient medical

supplies.

By being nontransparent, nonfactual, and not taking responsibility, the Defendant caused

me to fear that he could not be caring, truthful, and that his lies would cost American lives. It

feels like being stuck on a train with its conductor (The Defendant) heading our nation towards a

devastating train-wreck.  The Defendant publicly advertised his carelessness about the coronavirus outbreak because he chose to attend sporting events such as the NASCAR race, and engaged in leisurely activities such as golfing, while COVID-19 posed grave harm to the American people. While hospitals have been reporting a serious lack of necessary medical supplies, the Defendant has downplayed his breach of duty by misleading the public about having enough testing kits when in reality, America did not have enough kits or personal protective equipment.

Over the Defendant's presidency he utilized the Defense Production Act, which allows the United States federal government to prioritize production of certain goods or services for best serving America's interests.  The Defendant has implemented the powers of The Defense Production Act hundreds of thousands of times according to reports.  The Defendant breached his duty by failing to use the powers under the act sufficiently to shift America's production facilities to make Personal Protective Equipment, ventilators, medicines, and provide adequate staff for combating America's COVID-19 outbreak, until it was too late.  Months had passed before the Defendant implemented the Defense Production Act, causing loss of health and life, as well as massive economic harm.  The Defendant is careless because he allowed America to enter a state of desperation prior to providing federal assistance.  Given the choice to use the act to help save American lives, the Defendant failed his duty and made circumstances more difficult for those on the front lines combatting the disease.  This failure has caused Americans across the country to use homemade masks, and hospital staff to reuse personal protective equipment, which makes the contagion more dangerous to those working to protect people and creates a greater risk of infection to patients.  Furthermore, medical staff in the US reported that hospitals are like "a war zone," have reported breaking down into tears, and have pleaded several times for

the Defendant to provide more equipment.  As someone who had his heart set on becoming a volunteer firefighter prior to experiencing mental anguish and physical injury in May, 2017, I value those that serve to protect and save lives to the upmost degree.  The Defendant's conduct caused my anxiety because more lives are at stake without proper equipment.

Had the Defendant implemented the Defense Production Act prior to the COVID-19 disease infecting hundreds of thousands of Americans it is likely that many lives could have been saved. Furthermore, oversight into the Defendant's dealings with about $2T of COVID-19 stimulus appeared to go unchecked, because the Defendant fired four Inspectors General, and set up a scheme for states to bid on much needed COVID-19 supplies encouraging states and hospitals to default to the private market.  Reports indicate that several companies launched shortly after the Defendant enacted the Defense Production Act and in short time advertised themselves as COVID-19 suppliers.  The Defendant causes my anxiety about his conduct to persist because he removed people that inspect government spending to prevent waste and fraud.

Instead of adequately securing supplies to prevent damage, the Defendant is like the barge employee in Carrol Towing, because he failed to protect America as the disease made its way here and acted like he was not concerned.  Making matters worse, the Defendant made a crass remark about the supplies "going out the back door" on March 30, 2020, like the threat of disease and lack of equipment to protect against it was a casual mishap. However, it is his duty to aid American hospitals that require assistance during a national emergency.  The Defendant has used the powers under the act to support production of military equipment, showing his prior knowledge that implementing the act to address COVID-19 responsibly, was a likely remedy as medical personnel, first responders, American citizens, and US Governors pleaded for help.  My sense of impending doom is now upon us because of the Defendant's careless conduct.  The

Defendant's breach of duty caused damages including the loss of American lives, record

unemployment claims, damage to the US economy, and the American way of life, contributing

to my emotional distress and physical harm.  Furthermore, upon learning of the risk of the

pandemic spreading to America, the Defendant ignored the warnings of United States

intelligence and health officials provided to him in January of 2020.  The Defendant also tried to

cover up his knowledge that the pandemic posed a real threat to America.   The Defendant said

"nobody would have ever thought a thing like this could have happened" following the warnings

provided to him, and also, a year after officials simulated this type of scenario unfolding in the

US.  After learning of the COVID-19 outbreak, the Defendant exacerbated the degree of risk to

Americans by failing to warn the American people of danger and failing to secure adequate

supplies to mitigate or remedy the immense harm suffered.

The Defendant disregarded risk to human life by making statements that an ordinary

person exercising reasonable care, and respect for truth, would not make.  In an in interview with

CNBC on January 22nd, 2020, the Defendant discussing the COVID-19 outbreak said "We have

it totally under control. It's one person coming in from China. We have it under control. It's

going to be just fine." As of today, The United States is the epicenter of the disease, COVID-19

continues to spread and take lives, which indicates that he did not have it under control and that

it wasn't going to be just fine in the reasonably foreseeable future. This type of misrepresentation

is dangerous to American lives across the country because people may believe it is safe enough

not to practice social distancing, when authorities have recommended to keep distance to prevent

further spreading.  Other countries such as Italy and South Korea have reduced the rate that new

patients are becoming infected, however, The United States sees a growing number of cases

daily, because the Defendant fails to speak honestly about the risk causing further harm to

Americans and our way of life.  In a tweet on February 24th, 2020, the Defendant proclaimed that

"The Coronavirus is very much under control in the USA. We are in contact with everyone and

all relevant countries… Stock Market starting to look very good to me!"  when the coronavirus

was not under control and the markets were showing signs of fear.

The Defendant also used the pandemic for political purposes on February 28th, 2020, as

he called the Coronavirus threat "their new hoax," referring to his political opposition while

downplaying the pandemic risk, when in fact the risk of mass harm is real.  The Defendant went

on to say that his political opposition should not politicize the pandemic. The Defendant later

stated on March 17th, 2020 at a press conference "This is a pandemic… I felt it was a pandemic

long before it was called a pandemic." This direct contradiction is reflective of the Defendant's

inability to act prudently, which causes my panic to worsen and fear for my safety due to his

inability to be transparent or truthful.  Had the virus been under control as the Defendant

proclaimed and American people adequately informed, the virus would not be spreading at the

current rate, nor would there be record unemployment claims, or record drops in the stock

market.  As I live in northern New Jersey, the virus has spread rampantly across my county and

throughout New York in my surrounding area, recording the highest number of deaths per any

other US states.

The Defendant caused my anxiety to skyrocket because he was more consumed by his

need to portray success instead of providing sufficient care to the American people, especially

during a national crisis.  The US now leads the world in having the most COVID-19 cases

because the Defendant failed to act as a reasonably prudent person should under similar

circumstances.  Reports indicate the Defendant was warned in early January as to the risk of the

virus, but the defendant chose to ignore those warnings, even when an official said "the light was

blinking red" describing the warning. When the virus spread to at least four known countries by

January 21st, 2019, the Defendant was asked if he was concerned about the viral threat to

Americans. The Defendant replied, "No. Not at all. And we have it totally under control. It's one

person coming in from China, and we have it under control. It's going to be just fine" referring to

the threat of the coronavirus harming Americans. This careless downplaying of a pandemic

disease has already cost America thousands of lives, millions of jobs, severe economic harm, and

disruption to the American way of life. Even today, the devastation does not appear to be

slowing here, which worsens my anxiety and continues to cause me to fear for my health and

safety. Had the Defendant listened to health experts, and heeded the warnings provided to him

by officials prior to the disease reaching the United States, he would have given the risk of

disease appropriate care. However, the Defendant breached his duty by ignoring the warnings

and proceeded to allow the disease to reach America by failing to take appropriate reactive

measures upon learning about coronavirus risks harming America.

The Defendant may argue that he did not owe a duty of care and the damage was

unforeseeable. However, the argument is unlikely to succeed because the Defendant

intentionally undermined US leadership, undermined federal authorities, and damaged my ability

to have peace of mind. The Defendant consumed my ability to focus because he cared more for

spinning information than he respected investigative and legal processes, and risked the health

and safety of Americans including my own. The Defendant was also aware pandemics were a

threat, and an official reportedly said that "the light was blinking red" when the virus showed

signs of spreading from Wuhan, China around the world. The Defendant had the chance to

secure adequate supplies and warn the public, but he failed to take the risk seriously and instead

said he was "not concerned," and that it would go away by April. The disease did not go away

by April and America was left underprepared to protect its citizens.  In a recent plea for help

from the private sector and citizens, American first responders still need to secure adequate

supplies in order to prevent further harm caused onto them, due to the Defendant's failure to care

as a reasonably prudent person should under the circumstances. Preparing the nation against

foreign threats is one of the primary duties the Defendant owes to all Americans, which he

breached.  It is unthinkable that in a first world society, first responders and hospital staff have to

reuse personal protective equipment, and fall ill because America had not been sufficiently

prepared because the Defendant breached his duty causing immense harm.  The Defendant was

in the best position to take adequate precautionary measures that could save lives, preserve

Americans' health, and prevent economic harm. However, the Defendant openly admitted that he

does not take responsibility and casted blame on current governors, as well as the previous

administration for the COVID-19 pandemic response failure.  The Defendant's conduct reveals

his reckless attitude towards risk, and by failing to listen to the experts' and officials' warnings,

America has lost tens of thousands of lives, the American way of life is severely disrupted, and

Americans cannot enjoy their liberties due to his failure to provide reasonable care.

The Defendant may argue that a superseding cause existed between his negligence and

my injuries.  However, this argument is not likely to succeed because the Defendant's conduct is

the dependent force causing my anxiety, like a tumor inside my head that I could not relieve for

over two years.  The Defendant's conduct distracted me from operating my body, motorcycle,

and car, proximately causing impact that caused my injuries.  The Defendant may deny

responsibility for his negligence contributing to my injuries.  This defense is unlikely to succeed

because the Defendant's breach of duty to adequately prepare the United States against risks,

which consumed my focus as a risk manager and as a citizen that wishes to live in peace. The

Defendant's failure to take responsibility for my injuries would be consistent with his tendency

to deny responsibility and shift blame while acting in his official capacity.  For example, the

Defendant blames local leaders such as state governors for not responding to the COVID-19

outbreak sufficiently, when the Defendant had the ability to supply the states adequately before

the disease spread throughout the United States. Disregarding the official disease experts'

warnings and ignoring the simulations designed specifically for responding to the pandemics is a

failure to society as a whole.

   The Defendant breached his duty because while acting in the scope of his office because

he showed little or no care for Americans in harm's way, and ignored serious risks facing the

US.  For example, the Defendant disregarded the value of US Government officials and services

they provide.  It is no secret that the US Government's bodies, departments, and staff that

maintain government services were designed to perform the many roles of managing risks that

face America and her people.  By disregarding the value of the government departments and

their people, the Defendant breached his duty because he ignored experts' warnings, which put

America in harm's way.  Had the Defendant listened to the experts, America would have been

better prepared against risk. The damage to society caused by the Defendant's failure to protect

America from risk, including pandemic disease, is enormous as tens of thousands of American

lives have been lost to the disease, and millions of people are infected today based on current

CDC data.  The Defendant has refuted the statistics in attempt to downplay the severity of harm,

likely to support a successful image he tries to portray.  It is likely that the number of people who

die from the COVID-19 outbreak will continue to rise due to the Defendant's failure to take

adequate precautionary measures and appropriate reactive measures to mitigate the harm.  As a

result of the Defendant's failure to adequately care, I have suffered from mental, emotional, and

physical injuries, as well as financial loss, and my suffering continues each day.   As a result of the Defendant's neglect to protect the US from COVID-19, I have been unable to get care for my injuries from the July 1, 2019 car accident, which causes a near complete disruption to my everyday life as I suffer from extreme pain in my spine and extremities, debilitating headaches, loss of concentration, loss of enjoyment, and severe anxiety.

The Defendant should be held liable for the Negligent Infliction of Emotional Distress (NIED) because while acting within the scope of his office, he set into motion a chain of events that caused me to fear for my life and safety resulting in my mental, emotional, physical, and economic harm.   To prove NIED, four elements are required:

1) The Defendant owed a duty to refrain from causing the Plaintiff's emotional harm;

2) The Defendant breached his duty;

3) The Defendant directly subjected the Plaintiff to the harm suffered;

4) There must be a guarantee of genuineness of the harm suffered.

The Court of Appeals of New York in Johnson v. New York State stated that "recovery for emotional harm to one subjected directly to the tortious act may not be disallowed so long as the evidence is sufficient to show causation and substantiality of the harm suffered, together with a "guarantee of genuineness." (Johnson v. State of New York, 37 N.Y.2d 378, 383-84 (N.Y. 1975).   In Johnson v. New York State, the plaintiff brought suit against a state hospital for providing false information that the plaintiff's mother had died.   The plaintiff noticed the decedent was not the plaintiff's mother while attending her funeral. The court found that the hospital breached its duty to the plaintiff, who was the falsely-reported decedent's daughter, because negligently transmitting false information was a valid cause of action.

In Johnson, the court held the Defendant "owed claimant a duty to refrain from such conduct, a duty breached when it negligently sent the false message. The false message and the events flowing from its receipt were the proximate cause of claimant's emotional harm. Hence, claimant is entitled to recover for that harm, especially if supported by objective manifestations of that harm." (Id.) By transmitting false information, the plaintiff suffered severe emotional distress for which the Defendant was held liable. Therefore, the court determined that transmission of false information resulting in consequential expenditures and the impact of serious psychological harm were in the orbit of danger. (Id.) The court reasoned that, "While for one to be held liable in negligence he need not foresee novel or extraordinary consequences, it is enough that he be aware of the risk of danger." (Id. at 378, 382-83). While this case does not involve a hospital transmitting false information, the Defendant misinformed the public about serious and fatal risks and masked information that could indicate his wrongdoings. This case is like Johnson because the Defendant here in his official scope was aware of dangers facing the United States and failed to provide accurate information that caused me severe emotional distress.  The Defendant's conduct here is worse than the defendant's conduct in Johnson because of the degree and regularity that he supplied misinformation.

For the first element, the Defendant should be held to the reasonable person standard whereby he, like all in society, should act with the average care expected of an ordinary person. An ordinary person in society should be aware of causing mental anguish and refrain from causing it.  The Defendant had a duty to provide factual information about risks to Americans' safety and refrain from transmitting false information.  The Defendant had a duty to uphold the principles of American democracy set forth by The US Constitution, a duty to fully uphold his

presidential oath, and adhere to the law. Furthermore, the Defendant had a duty to be truthful about matters involving national security to protect against fatal risk.

For the second element, the court "generally requires that the breach of the duty owed directly to the injured party must have at least endangered the plaintiff's physical safety or caused the plaintiff to fear for his or her own physical safety" (1-2 Warren's Negligence in New York Courts § 2.04[1][a]; accord Kennedy v McKesson Co., 58 NY2d 500; Third Restatement § 47[a]). The Defendant breached his duty because he failed to faithfully care for executing the law, failed to be consistent with the truth, made unsubstantiated claims, ignored risks to the public, attacked groups of people, used information to provoke aggression, and disrupted government functionality. The Defendant caused me to fear for my life and safety because he used misinformation about his ties to foreign leaders, about the military, and made statements about the law without a license, made statements about medicine when he is not a doctor, and downplayed serious risks that faced the nation.

In addition to the Defendant's statements about the president not having conflicts of interest described above, the Defendant also attacked the federal bodies tasked with transmitting truth about potential conflicts of interest. On January 11, 2017, the Defendant tweeted, "Intelligence agencies should never have allowed this fake news to "leak" into the public. One last shot at me. Are we living in Nazi Germany?" Instead of allowing the public to draw their own analysis of his associates' wrongdoings, the Defendant persuaded Americans to believe that the federal authorities were not to be trusted, or wrong, even after his associates were found guilty of committing crimes in a court of law. This came after Russia launched a cruise missile in 2017 that the Defendant was silent about, however, the Defendant remarked, "This Russian connection non-sense is merely an attempt to cover-up the many mistakes made in Hillary

Clinton's losing campaign," and that "Information is being illegally given to the failing

@nytimes & @washingtonpost by the intelligence community (NSA and FBI?).Just like Russia."

The Defendant's accusation of federal bodies tasked with protecting and defending the nation

indicated that he did not want the truth to be exposed. The Defendant's statement about illegal

conduct caused me to fear that he had no respect for the law and boundaries, because it is illegal

to practice law without a license.  Furthermore, the Defendant's attempts to deflect focus away

from the investigation indicated that he was biased when enforcing the law. The Defendant's

effort to control the public's perception was like a dictator in an autocracy manipulating his

subjects.  The Defendant's undermining federal bodies performing their designated roles caused

mental anguish because their investigation operated to ensure the Constitution was protected by

ensuring that the Defendant did not violate it.  To me, the Constitution is to my freedoms as

federal authorities are to national security because both operate to provide safety. However, the

Defendant showed disregard or disdain for the bodies that protect my rights and safety.

    The Defendant also tweeted on February 15, 2017, "The NSA & FBI...should not

interfere in our politics...and is Very serious situation for USA" to protect his political interests

and undermine America's federal bodies designated for protecting the nation against

international and domestic threats.  The Defendant continued to downplay foreign interference in

the 2016 elections, however, he also displayed having a close relationship with foreign leaders

such as Vladimir Putin and Kim Jung Un.  For example, the Defendant praised Vladimir Putin

and his leadership, although Putin has attacked his own civilians.  The Defendant's conduct

throughout the Russia investigation caused me to suffer from anxiety and tension headaches

because he used fear tactics to shift focus away from the facts being uncovered.  The Defendant

appeared worried that his wrongdoings would be uncovered and caused me to stress about his prioritizing his political needs above the security provided by the NSA and FBI.

On November 28th, 2018, the Defendant threatened to shut down the US government, essentially holding hostage our government and its services, if he was unable to secure the total amount of funding that he requested for the border wall. The Defendant said he was "totally willing" to shut down the US government if he did not receive the funding he requested and that fight for border funding "is a total winner" around that time, which was not accurate. Had the Defendant's negotiations been a total winner, the Defendant would not have needed to leverage the longest shutdown in American history to get funding. However, the Defendant risked harm to US government functions that protect the American people, including a disruption to the Department of Homeland Security. It felt like my safety and my right to live peacefully was being held hostage. As a result, I began having nightmares and daytime flashbacks of 9/11 because I was in my early teenage years when I saw smoke billowing from the twin towers near my home in New Jersey after the planes struck both buildings. At that time, my brother was studying at Colombia University and was near ground zero with no ability to contact him. I recalled how experts said that it was essential to have better preparation in order to prevent that type of attack from reoccurring, and feared that America would enter an unprecedented struggle.

As the government was heading towards inevitable shutdown because the Defendant would not accept less funding than he requested for the "Wall", to prevent the shutdown. The Defendant's hard stance against Congress' offer to provide over $1 Billion at the time was unreasonable because he risked greater harm to the US by disrupting America's many federal services and the nation's health. It was reported that congressional members from both the Democratic and Republican parties warned the Defendant that his stance on the border project

would be too costly.  At the time, Congress was faced with pressing issues to support Americans'

lives, safety, economic and physical health, including the Violence Against Women Act to

protect women against the risk of harm or death, the Farm Bill to bolster America's agricultural

sector, and other government department funding.  The Defendant breached his duty because he

chose to risk crucial safeguards for protecting the public, and was warned against such a

decision, to have his way with the "Wall."

As my last name is Wall, it felt like the Defendant was subverting reasonable care by

extorting the functionality and safety provided by the United Sates, for the sake of achieving his

campaign advertisements.  In the weeks following, the Defendant repeated his threats to shut

down the government as criteria for him to receive the money he demanded. The Defendant said

"I am proud to shut down the government for border security," and "I will take the mantle," as

well as "I will be the one to shut it down — I'm not going to blame you for it" in account of the

Defendant referring to his decision to hinder government safety protocols for the sake of funding

his project.  About one week after the shutdown, the Defendant contradicted his statement

blaming others for his decision, tweeting on December 30th, 2018, "Great work by my

Administration over the holidays… No thanks to the Democrats who left town and are not

concerned about the safety and security of Americans!"  The Defendant was ignoring the harm

he caused and blaming others by making a dangerously false statement, while claiming victory

for himself. During the 2018-2019 government shutdown, Americans suffered from roadside

accidents and deaths without the full functionality of The Department of Transportation, which is

a reckless decision that risked lives.  The Defendant was reckless because he disregarded the risk

of foodborne illnesses and medication injuries that the Food and Drug Administration was

hindered during the government shutdown.  Due to the Defendant's disregard of government

services, people fell ill and perished because he wanted funding for the "Wall" and failed to

reach an agreement for such with Congress.  The Defendant caused my anxiety to spike because

I was taking prescription medication and over the counter medication for psychological and

physical symptoms.  The Defendant also caused mental anguish because I was preparing to make

over a thousand-mile drive from NJ to Florida.

In December of 2018, I was finishing year end work projects and preparing to drive to

Florida with my brother to visit my family for the holidays, when it seemed inevitable that the

Defendant would leverage his need to fund the "Wall" at the expense of disrupting government

services and risking Americans' safety.  I had nightmares about 9/11 and losing sleep, as well as

feeling like my brother and I would be at risk of harm while driving from New Jersey to Florida.

As a man in his thirties, this was unlike anything I have experienced due to the severity of panic I

was feeling, as I described to my father that I felt like something life-threatening would one day

face our country and take many lives.  On December 25th, 2018, I was hospitalized in Florida

because I thought I was having a heart attack from the built-up anxiety about the Defendant's

reckless conduct.  The hospital visit resulted in what the doctors described not as a heart attack

but as a panic attack, which I thought was going to take my life.  I was still sure at that time that

something horrible was bound to happen to our nation and that my life was still at risk

throughout the Florida trip and upon my return.  Furthermore, with New Year's Eve

approaching, the Defendant's reference to immigration and shutting down the government due to

"terror" caused me to fear that America would be less prepared to protect against an attack

unrelated to immigration, because Americans would be grouped en-masse while celebrating the

holidays.  In December I suffered from flashbacks and nightmares about 9/11 because I was 14

when I saw the twin towers billowing smoke after the planes struck The World Trade Center.  I

could not ignore the feeling that one day America could be in grave danger, and the Defendant

would continue to spin information to protect his image over people's lives. In January of 2019, I

was convinced that the Defendant would sacrifice Americans' safety and wellbeing for his own

political gain that I became overwhelmed by anxiety.  I sold my Jeep because the Defendant

caused me to fear impending doom approaching and I felt the need to flee from the Defendant's

reckless domain.  I began taking rideshare services to work and as needed to maintain my life.

On January 16th, 2019, I took my motorcycle for a 2-mile drive on a dry, sunny day, in a

desperate state to get fresh air and free myself from the burden of anxiety the Defendant made

me feel. On my way home I was so overwhelmed with anxiety that while navigating a right hand

turn in a parking lot, I did not see a manhole cover while travelling around 10 miles per hour.

The back tire of the motorcycle slid out from beneath me and as my foot was trapped beneath the

bike, I was dragged me about twenty feet, while my head in helmet bounced off the pavement.

There were two bystanders that offered their help, and in my disoriented state I thanked them and

tried to regain my focus.  I sought medical help at my local urgent care in Ramsey, NJ, where I

was told that an X-ray showed a break in the heel of my right foot, as well as severe ligament

damage. The motorcycle was totaled by the insurance company, and I decided to give up riding

since, due to my injuries and compounding anxiety about the Defendant's conduct that distracts

me from enjoying regular activities.  From that day onward, I took Uber rides to get to work and

home and rented cars when necessary for travel.  As my anxiety continued on top of my physical

pain from which I still suffer, I entered a state of depression not being able to do anything that I

loved or enjoyed.  I felt myself sinking into a quicksand of sadness for my physical and

psychological state, as well as a growing concern that harm would come to our country.  It was

as if the walls were literally closing in around me, and every time the Defendant would boast

Eric D. Wall – Claim                                                              5/27/2020

about "the wall", I felt trapped like the immigrants experiencing dehumanizing abuse under

harsh conditions while in confinement.  I had my vision checked and it turned out my optical

nerves were healthy, because following the motorcycle crash I experienced blurred vision and

was prescribed glasses for distance and reading.  I also began seeing a podiatrist regularly to treat

my foot injuries and shared my feelings of distress with my therapist.

On February 5th, 2019, I was watching the State of The Union Address. As the

Defendant was speaking, I noticed that the defendant would repeatedly make statements that

seemed untrue as he would raise his right hand, turn to his right, and clap for himself as if to

celebrate a victory after the nation had just experienced a shock to its governmental system.

When the Defendant made a reference to the lord, I became overwhelmed with a sense that he

was using religion and spirituality for his own benefit and not for the value that spiritual

guidance provides.  I began to fear that the Defendant saw himself as a deity, and was reminded

of the allegations brought against him for sexual misconduct.  The Defendant caused me to fear

that he believes he is above the law and could get away with a variety of falsehoods because he

considered himself a "genius."  I suffered from another panic attack and rushed to an Urgent

Care facility for medication that night to calm my nerves.  I revisited the Urgent Care again

weeks later after I purchased a plane ticket to Tel-Aviv because I was certain that I would be

safer there, but cancelled my trip due to another anxiety attack and feared the risk of flying at

that time.  At the time I was seeking professional help from a psychiatrist in Jersey City, NJ, who

later prescribed medication for panic attacks.  My anxiety and depression worsened because I felt

helpless and hopeless because of the Defendant's conduct.  As the Defendant continued to cause

mental anguish, I became unable to engage in romantic activities and felt like my entire life was

falling apart, because the Defendant caused me severe emotional and mental distress that manifested into physical symptoms.

On May 8, 2019, the Defendant stated that "Real estate developers in the 1980's & 1990's, more than 30 years ago, were entitled to massive write offs and depreciation which would, if one was actively building, show losses and tax losses in almost all cases. Much was non monetary. Sometimes considered "tax shelter," ....you would get it by building, or even buying. You always wanted to show losses for tax purposes....almost all real estate developers did - and often re-negotiate with banks, it was sport. Additionally, the very old information put out is a highly inaccurate Fake News hit job!" The Defendant appeared content with the fact that he may not have been complying with the law and used his official position to prevent the unveiling of his tax returns. The Defendant caused me anxiety about his financial conduct because he appeared to be running a scam. Throughout May and June of 2019, the Defendant caused me to have nightmares about him poisoning me and I woke up in cold sweats. In the nightmares I was walking down a city street that resembled New York City and when I was passing by a Trump Tower, time slowed almost to a halt. At once, everyone on the street around me started running from danger as if they were being chased from behind. I tried to run but was moving at a very slow pace watching people pass me by when the Defendant came up behind me and held a toxic substance to my mouth that caused me to black-out, and then I would wake up. I had this nightmare three to four times a month like my subconscious was alerting me to danger because the Defendant's statements were toxic.

As a risk manager, I have learned that "he that fails to prepare, prepares to fail." The Defendant failed to take adequate precautionary and reactive measures as a reasonably prudent person should, to protect the United States from the risks. In December of 2018, I experienced a

Eric D. Wall – Claim                                                          5/27/2020

panic attack of proportions that consumed every space of my being, because I sensed an

impending doom due to the Defendant's habit of overlooking risks during the 2018-2019

Government shutdown.  My concern and vigilance for protecting against risk also stems from

life events that have taught me the fragility of life.   I survived a car accident at age 18 after I

went shopping for a charitable event hosted at my house. I was cut-off by a car while merging

onto the highway and in attempt to avoid hitting the driver's door at a perpendicular angle, I

swerved and hit a highway curb, which launched my vehicle into the air and crashed into a stone

wall traveling at around fifty miles per hour. I not only lost consciousness for some time, but

experienced something that felt "out of body" only to awaken in a heap of crumbled metal with

bruises, burns, and blood coming out of my left ear. I recall feeling suspended and unable to

make sense of what was around me, but it was at first completely dark as if I was falling in a

dream state and surrounded with bright light, I saw a figure that resembled someone I knew with

a voice telling me to "wake up."  From that day onward, I began to experience premonitions that

later come true, such as the ability to predict the weather and at times, natural disasters.  I also

believe I have encountered apparitions that appear to be moving objects, like shadows or

silhouettes of people at night time.  Most of all, I learned it is most vital to respect the fragility of

life, and value people as similar or different from one another, regardless of superficial

differences.  I realized that so many wrongs in the world are due to the fact that a person cannot

enjoy a healthy life without sufficient care, to which I am sensitive.  My ability to foresee events

has been weakened since experiencing extreme stress and physical pain the Defendant causes

me.

        The Defendant caused mental anguish because he failed to provide transparency and

lacked honesty about risks facing the nation, causing me to feel like a tidal wave is about to hit

me from behind with my back turned to the ocean. From the July 2019 accident, I suffered from

spinal injuries and immense pain that still exist today, speech impairment, memory loss, and my

anxiety symptoms compounded. I still experience loss of concentration, blurred vision after

twenty minutes in front of a computer screen, and have extreme pain when sitting for longer than

ten to fifteen minutes at a time. Since the accident, I have sought help from numerous medical

providers for neurological pain and dysfunction, psychiatric therapy, psychological counseling,

spine rehabilitation, and experienced loss of consortium in my dating life as all of my symptoms

compounded into rendering me in a constant state of pain. I have been suffering from sharp

pains radiating throughout my neck and upper extremities, as well as pain shooting down my leg

from spinal injury in 2004 that was worsened from the July, 2019 car crash when I experienced a

panic attack. Since the July 2019 car crash, I have been suffering worse pains radiating from my

2004 spine injury. I experience symptoms of PTSD from the 2004 car accident, which makes me

more susceptible to feeling vigilant and anxious about danger. Courts apply The Eggshell Skull

doctrine to plaintiffs that have suffered injury that the Defendant worsened, as a defendant takes

the victim as the defendant finds the victim.

At around 12:00am on July 1st, 2019, I was driving my newly leased Ford Explorer in

New York City on a date. In the days leading up to my date, I was consumed by feat that the

Defendant would risk people's lives due to his reckless conduct. The Defendant was meeting

with Kim Jung Un in North Korea and I was having flashbacks of my nightmares about 9/11 and

my fear of nuclear warfare as North Korea had been testing its rocket capabilities while in

pursuit of nuclear capabilities. The Defendant claimed that his meeting with Kin Jung Un was

successful, but I felt that the Defendant was not being honest as he had failed to mitigate the risk

of North Korea's rocket testing. During our car ride, I had asked my date to "buckle-up," and

conversation ensued about being in car accidents.  I felt my hands shake at the wheel because I

told her about a car accident in 2004 that nearly took my life. After I dropped my date off at her

apartment, I realized I was entering a state of panic again and I pulled over to regain my senses.

I proceeded to follow Amsterdam Avenue southbound to connect to the highway when I came to

a red light.  After coming to a full stop, I noticed a car was parked in the roadway directly in my

lane that I would have to avoid, which is somewhat typical for driving in New York City.  After

the light turned green, I began moving through the intersection and while looking over my left

shoulder to check my blind-spot, I saw a large dark object I thought was the vehicle driving next

to me at the prior light and while my head was turned, I impacted the parked vehicle from

behind. I was travelling about 20 miles per hour and did not think the impact was enough for me

to need an ambulance, but the whiplash I experienced with my head turned at an angle, I would

later find out herniated a disc in my C1/C2 spine from an MRI.

I called the police immediately after impacting the parked car.  The police issued an

incident report as we waited for the driver of the parked car to return to the vehicle, but no one

returned to the car in about an hour's time.  The police issued that vehicle a parking ticket, and I

called my date to ask if I could rest for a short while to alleviate my headache from whiplash,

where I stayed for about an hour before I headed home.  Later that morning, it felt like I was hit

by a train with total loss of balance, vision blurred, ringing in my hears, severe nausea, and

painful body aches.  I called in sick from work that Monday and thought my symptoms would

subside with rest.   On July 2nd, my physical and psychological symptoms worsened and I went

to the local urgent care.  After checking my symptoms, the doctor ordered an ambulance to take

me to Valley Hospital for CT-Scans where I was diagnosed with a concussion, which to this day

still affects me.   Since my concussion, I have joined a private group on Facebook for people that

Eric D. Wall – Claim                                                          5/27/2020

have suffered from Traumatic Brain Injury (TBI) or are suffering from Post-Concussion

Syndrome (PCS) for support.  I share my input when possible as it provides me solace in caring

for others, even though it can feel impossible at times that recovery is possible while

experiencing TBI symptoms.  Mental health and preservation of the mind is a critical topic that

demands more care but seems to get little support from the outside world, especially when the

Defendant in his official capacity lacks decency for people with brain injuries – including US

Troops and those born with disabilities.

     While the Florida "vacation" was ruined because the Defendant caused me extreme

distress, I thought that being home in New Jersey might help to calm my nerves.  I was wrong,

because the Defendant indicated in January of 2019 that he was willing to extend the shut down

when the Defendant "said he'd keep the government closed for a very long period of time --

months or even years," according Charles Schumer, Democratic Senate Leader when speaking to

reporters at the White House. In response, the Defendant confirmed, "Absolutely I said that,"

referring to Schumer's recount of their conversation. As congressional leaders from both the

Democratic and Republican parties expressed that the government shutdown was harmful to the

nation, I felt confirmation that the effects would be overly burdensome, dangerous, and cause

mass harm that I feared for my life and safety.  The Defendant said, "It's a problem of national

security. It's a problem of terrorists," referring to his decision to shut down the government in

order to fund his "Wall."  I began having flashbacks of 9/11 when the planes flew into the World

Trade Center, and could not believe the Defendant would be so careless to risk government

functionality at the prospect of terrorism from the southern border, when he should have been

well aware that planes and other forms of travel need security from terrorist acts.

Eric D. Wall – Claim                                                                 5/27/2020

The Defendant said "I'll build them [Walls] very inexpensively. I will build a great, great

wall on our southern border, and I will make Mexico pay for that wall. Mark my words," during

his campaign and while serving in his official capacity.  The Defendant said in early January,

2019, "When during the campaign, I would say 'Mexico is going to pay for it,' obviously, I

never said this, and I never meant they're gonna write out a check," which is a direct

contradiction to his earlier statements when we claimed Mexico would pay for the wall and

suggested Mexico would provide a one-time check for billions of dollars.  The Defendant

breached his duty by being dishonest because he claimed that Mexico was going to pay for the

wall, which turned out to be a fabrication that would cost the United States' taxpayers billions of

dollars.  The Defendant was careless because he exposed the US to harm by sacrificing funding

and staff in other US departments that were vital to keeping America safe.  The Defendant

caused me mental anguish because he repeatedly used my last name in a way that made me feel

like I could not escape from his malicious treatment of people, and his use of misinformation.

In comparison to the Defendant's declaration of a national emergency he used to justify

the government shutdown of 2018-2019, the Defendant failed to support American communities

that he described as being worse than the southern border. For example, in July of 2019, the

Defendant on several occasions referred to Baltimore, a city with a majority of black and African

American people, as a "rodent infested mess," that "Baltimore district is FAR WORSE and more

dangerous" than the southern border, and a "very dangerous & filthy place."  The Defendant's

attacks were aimed not only at demoralizing a city governed by a Democratic governor, the late

Elijah Cummings, but also painted a picture that Baltimore's residents live in conditions that are

"rat infested."  If the Defendant was honest about the risk of danger in Baltimore being worse

than the southern border, than his conduct did not follow consistent logic, as he went to great

47

extremes to secure funding for the southern border, when Baltimore needed more assistance.  It appeared that the Defendant was undermining Governor Cummings' leadership to create divide under the Democratic representative's watch, and chose not to support Baltimore even though the Defendant declared Baltimore as more dangerous than the southern border.  The Defendant later went on to brag that African Americans are thankful for the Defendant's role after he insulted the region, when in fact, a poll in late July indicated that only 6% of African Americans approved of the Defendant's job performance. The Defendant said, "They really appreciate what I'm doing, and they've let me know it" in attempt to justify his verbal lashings and public humiliations of the district. The Defendant went on to say that African American "love the job" he is doing and are "happy as hell" following the Defendant's remarks about their place of residence.  The Defendant's conduct is extreme and outrageous because he went to extreme lengths to tarnish the reputation of an American city, and intentionally created fear of injury by travelling to Baltimore due his description of it being a place "where no human being would want to live."  The Defendant's lashing out at former Governor Cummings exemplified the Defendant's bullying tactics meant to tarnish the governor's and Baltimore's reputation.  Such an attack on an American culture, a city, and a leader is beyond the bounds of decency in American society because it damages social integrity, business, and perception of a place with rich American history.

The Defendant's conduct throughout the Russia investigation and during the record long shutdown caused my anxiety to compound, which caused me to have a panic attack in New Jersey prior to leaving to Florida and another on December 25th, 2018 while in Florida.  After being hospitalized I chose to stay in a hotel because I was so embarrassed that I could not be around my own family.  My family showed great concern about my health and my father flew

Eric D. Wall – Claim                                                      5/27/2020

down to Florida in late December of 2018 into early January of 2019 to make sure I would be

okay, or if I needed further medical care.  Upon returning to NJ from Florida, I was so

overwhelmed by anxiety because the Defendant's risked American safety for his funding of the

"Wall," meanwhile questioning the Defendant's affiliation or allegiance to wrongdoers during

the Russia investigation, I prepared to get away from the single biggest source of risked I

identified – The Defendant and his domain.  During the Russia investigation, I was consumed by

nightmares and daytime visions of the Defendant making behind the scenes "deals" with

Vladimir Putin, which the Defendant indicated by praising Putin and acting affectionately with

him.  As a result, I sold my Jeep and planned to live outside of the United States for some time

because I felt it would only be a matter of time before the Defendant would create more harm.  I

could not shake this feeling that amounted and in order to get a sense of peace from my anxiety, I

took my motorcycle out.  Had I not been so distracted by the anxiety the Defendant caused me, I

would have been better able to navigate the turn that resulted in my motorcycle crash, breaking a

bone in my foot, damaging ligaments, and suffering from bad headaches, vision impairment,

scratching, and bruising from the crash.  I lost a lot of sleep each time, and found myself tossing

and turning in my sleep from nightmares about what the Defendant was creating in the highest

position of leadership, and worse, feared what he would do next.

  During the shutdown, I kept track of the developing risks to our nation because so many

services that people depended on were harmed by the Defendant's decision that I was worried

about the collateral effects.  The Defendant made statements that it was the Democrats' fault for

not agreeing to his funding demands, however, the Democrats were pushing for the Defendant to

Government as hundreds of thousands of government employees were furloughed, national

services became dysfunctional, and the risk to the public was growing.  For example, about one

Eric D. Wall – Claim                                                                          5/27/2020

dozen federal government websites indicated that services were disrupted due to the shutdown.

In addition, reports indicated hundreds of other adverse effects to the nation, to name a few;

disruption to the Federal Bureau of Investigation, Department of Homeland Security, Transit

Systems, National Parks, National Hurricane Center, food assistance, and many others. Had the

Defendant acted responsibly and not leveraged government and national safety for the sake of

funding his "Wall" project, I would not have felt the need to escape, sell my jeep, or feel like the

Defendant was suffocating the life and liberty from my being. The Defendant's conduct caused

me to act in desperation to get fresh air when I took my motorcycle out for a two-mile drive on

January 16th, 2019 (on a sunny, dry day). However, I still could not function properly as I

learned the hard way, because of the Defendant's consuming my focus, distracting me to the

point that I could not navigate a turn, resulting in total damage to the bike and serious injury to

my body. While America was in a weakened state, the Defendant continued to attack other

members of government and there it seemed like there was no end to the harm he caused. After

selling my jeep in early 2019, I planned to travel to Tel Aviv and later booked a flight because I

thought I would be out of the Defendant's abusive domain, but was too fearful to travel because

the Defendant made travel risks worse from the shutdown.

While watching the Defendant's State of The Union address on February 5th, 2019, I

rushed to the local Urgent Care in Airmont, NY, because the Defendant appeared to be claiming

victories after he caused immense harm to me, and to the nation. I returned to that Urgent Care

and was prescribed anti-anxiety medication because the Defendant caused me to fear that his lies

would cost lives, which I experienced on a weekly basis. I became so fearful of the Defendant's

reckless conduct that I lost hours of sleep every night, and woke up gasping for air after having

nightmares about the Defendant and foreign parties conspiring to hold the world hostage after the Defendant's decision to end weapons-safety agreements with Russia.

The Defendant was deceptive with information during the investigation into his associates' crimes involving foreign parties, including lying to the FBI. For example, on March 22nd, 2019, Mueller delivered an over 400-page report that described Trump's associates as "hardened criminals" and having decades of infractions. Attorney General William Barr, head of the Justice Department appointed by the Defendant abruptly ended the investigation before the Defendant could be questioned by authorities for his potential involvement. In March of 2019, Barr stated to Congress, "The investigation did not establish that members of the Trump campaign conspired or coordinated with the Russian government in its election interference activities" and the report "does not conclude that the President committed a crime, it also does not exonerate him." However, the Defendant in celebratory fashion proclaimed that he was fully exonerated, which was not true. The fact that the Defendant would not comply with the investigation indicated that he was hiding from the truth.

The Defendant caused me to fear that he did not respect national security or the importance of preserving the safety of our elections because he spun critical information about his associates' involvement during the Russia investigation, undermined democracy and showed little care for the safety of US elections. For example, after authorities confirmed that Russia did hack into the Democratic National Convention's computer systems, he did not retract his statement's calling the investigation a hoax. Furthermore, the Defendant offered no reconciliation of the damage caused to the election process and a political party, likely because he was okay with the fact that the interference helped his opponents lose, and him win, indicating that he was content with cheating the system so long as he benefited. The Defendant caused me

51

Eric D. Wall – Claim                                                    5/27/2020

constant worry that he would cheat and damage anything and anyone that pose risk to his

political or personal gain while acting in the scope of his office. Over the past two years, the

Defendant's conduct illustrated that he cared more for his personal endeavors than upholding the

fundamentals of democracy by respecting the US Constitution, caring for national security, and

health and lives of the American people.  The fear and anguish caused by the Defendant has been

so severe that I repeatedly broke down into tears, and sometimes into hysterics because the

Defendant caused my ongoing anxiety.

The New York Court of Appeals in Ferrara v. Galluchio held the defendant liable for

emotional injury to a plaintiff explaining,  "the rule is now well established that a wrongdoer is

liable for the ultimate result, though the mistake or even negligence of the physician who treated

the injury may have increased the damage which would otherwise have followed from the

original wrong." (Milks v. McIver, 264 N.Y. 267, 270; see, also, People v. Kane, 213 N.Y.

260.)  While the Defendant in this case is not a physician, he was in charge of delivering factual

information and providing appropriate care that would reduce the risk of harm.  The Defendant's

original wrong was his breach of duty to provide factual information to the public especially

when it was critical.  The Defendant increased the damage by disregarding the risk of harm to

Americans because he chose to risk national security by subverting government functionality.

Furthermore, the Defendant lashed out with hostility towards other members in governance and

failed to allow disclosure of information to the American public.  By breaching his duty to

protect America from harm, the Defendant caused me to fear for my life and safety. By deciding

instead to gloss over serious risks, the Defendant caused my mental anguish because he indicated

that he cared more for his image than he cared for my health and safety and the safety of The

United States.

By hindering the government's ability to perform its roles objectively, the Defendant in his official capacity caused immense harm to the nation and caused my anxiety to skyrocket because of his reckless disregard for risks facing the nation.  In order to cope, I journaled and took to Twitter to release my building anxiety.  Witnessing the Defendant make personal attacks against Americans during his impeachment caused me mental anguish because he tore into the character of America, which felt like a tearing apart within me.  By disregarding the risks of harm and ignoring US government officials' warnings, the Defendant is responsible for the harm to the US that causes my anxiety daily.  If not for his reckless and intentionally harmful conduct, I would not have been distracted to the degree that I could not function normally resulting in my mental and bodily injury.

On August 13, 2019 the Defendant stated, "I got sued on a thing called emoluments. Emoluments. You ever hear of the word? Nobody ever heard of it before," while speaking at a petrochemical plant in Pennsylvania.  The Defendant continued, "And what it is - is presidential harassment, because this thing is costing me a fortune, and I love it," and, "I love it because I'm making the lives of other people much, much better."  The Defendant's admission that he had not heard of the word before indicated that he did not respect a fundamental aspect of The US Constitution meant to prevent conflicts of interests from officials receiving benfits from foreign governments without approval from Congress.  The Defendant also showed disrespect for the Congressional process throughout the investigation.  For example, when describing his conversation with President Zelensky of Ukraine about Joe Biden during the Defendant's impeachment process, the Defendant tried to shift the focus away from his potential wrongdoings when he said,  "And, you know, he really made it a — it was an offer. It was beyond an offer. It was something where he said, I'm not going to give billions of dollars to Ukraine unless they

53

remove this prosecutor. And they removed the prosecutor supposedly in one hour. And the

prosecutor was prosecuting the company of the son and the son." The Defendant appeared to

have lost his train of thought while attempting to divert the public's focus away from the

Defendant's wrongdoings while under investigation. By failing to be transparent and provide

clear, factual information, the Defendant indicated that he was willing to subvert the importance

of justice for his own safety. The Defendant caused me to fear that he was hiding his culpability

during the impeachment process, and by choosing to deflect from the most serious issue at that

time, the Defendant indicated that he could relieve himself of responsibility by distracting the

public from the facts during the investigation. The Defendant's conduct during the investigation

caused me mental anguish because instead of allowing the investigation to proceed without his

disruption, which would relieve him if found innocent, he tried to cover up his potential

wrongdoings.

At a campaign rally in Greenville, NC, in August of 2019, the Defendant said, "If you

don't support me, you're going to be so g--damn poor." The Defendant's references to the lord,

using his name in vain, or for the Defendant's personal gain, caused me to believe the Defendant

is not a man of his word – even when speaking about religious faith. While it is not for me to

judge another, especially on another's religious beliefs, I was overcome with a sense that the

Defendant was making unsubstantiated claims about people's financial security, and went so far

as to try to substantiate his claims by using a reference to the lord. The Defendant's statement

followed his publicly advertised faith as he held rallies with the Evangelical Church, however,

the Defendant lacked humbleness, and even referenced himself as the second coming of the lord.

To me, religion and spirituality is a force that brings people together for healing, and it is vital to

respect the separation of church and state, especially in politics. The Defendant's speech

entailed references that caused me to fear that he equated himself a deity that convinced people

to act in the lord's will by voting for him and that he was a deity. The Defendant caused me to

fear that by not voting for him, he would go to extremes like risking my life for his political gain.

The Defendant caused me to feel like I was going through his tree stripping machine that

again was flipping me and tearing off my limbs because he made threats to help his chance of

reelection. The Defendant made me feel violated because it seemed there would be no place,

person, or ideology safe from his need to consume power. The Defendant caused me to have

nightmares and lose sleep, as well as panic attacks while I was suffering from post-traumatic

stress and post-concussion syndrome following my July 1st car accident. The Defendant's

threatening behavior and use of misinformation caused me to feel like I was being consumed by

evil and I could not escape. In August of 2019, the Defendant had caused so much pain and

anxiety to build that I attempted to take my life, but I was unsuccessful. In attempt to release my

pain and anguish because I could not cope with the Defendant's conduct, I carved the shape of a

phoenix or a dragon into my chest. This symbol was meaningful to me since childhood because

I loved ancient European and Asian mythology, however, I never expected that the Defendant

would cause me to feel that he was tearing my soul from my being, or that I would wish to be

reborn like a phoenix rising from its ashes. The Defendant caused me to feel ashamed of myself

because I could not cope with the anxiety he caused me to feel, but I have been seeking

professional help since.

The Defendant tweeted about Hurricane Dorian on September 1, 2019, that "South

Carolina, North Carolina, Georgia, and Alabama will most likely be hit (much) harder than

anticipated." When experts indicated that the hurricane's path did not include Alabama, the

Defendant defended his statement to appear that he knew it was heading towards Alabama. The

55

Defendant posted an image that indicated the trajectory of Hurricane Dorian reach Alabama by presenting on national television an altered image that appeared to include a hand-drawn alteration of the hurricane's path.  While it is reckless to go to such extremes, the Defendant's conduct could also be in violation of 18 US code § 2074, which states, "Whoever knowingly issues or publishes any counterfeit weather forecast or warning of weather conditions falsely representing such forecast or warning to have been issued or published by the Weather Bureau, United States Signal Service, or other branch of the Government service, shall be fined under this title or imprisoned not more than ninety days, or both." The Defendant's disregard for law, safety, and for matters involving national security is extreme and outrageous because his reckless decisions could risk American lives and safety.  By intentionally misleading the public, the Defendant conveyed that he does not care for factual information, or providing facts that could determine people's fate.  The Defendant also posted images that could be threatening to national security, for example, by posting images of an Iranian rocket site for the public view.  The Defendant caused me to fear that he was using social media as a weapon to display overarching power, even if what he posted was untrue, or, could be a risk to Americans' safety.

The Defendant said that he is a believer in clean air and water after he rolled back numerous environmental protections meant for protecting clean air and water.  However, the Defendant in the scope of his office pushed for fracking in several states.  Fracking has caused water pollution and caused communities of people to get sick from its effects.  If the Defendant were true to his word about protecting the environment, he would not have skipped the majority of the UN's climate summit meeting.  Furthermore, the Defendant just weeks later on November 4, 2019, served official notice to the UN that he his administration planned to withdraw from the Paris Agreement designed to protect the environment and dedicate resources to climate change.

The Defendant also claimed that windmills caused cancer and peddled the idea that climate change is a hoax. These narratives are dangerous because wind generation is less toxic to people than fossil fuels, which the Defendant supports, and climate change is backed by science. Furthermore, the Defendant has verbally attacked foreign activists and a minor concerned about climate change and denied that climate change is real when it poses a threat to people across the entire world.

For example, the Defendant claimed that he would support the Clean Air Act. However, by the end of 2019 the Defendant and his administration had rolled back around sixty environmental protections, with the most rollbacks per category in the air pollution and emissions, and, fossil fuel categories. The Defendant's decision to roll back environmental protections, and decision to propose more rollbacks of environmental protections in addition to the sixty already completed rollbacks, comes in the wake of climate change reports, which indicated risks to air quality, rise in global temperatures, and drought conditions threatening more people than decades ago. The Defendant, instead of acknowledging the need to protect our planet, natural resources, and people, chose to risk further harm and deny climate change. For example, the Defendant also rolled back clean water protections, allowing manufacturers and other businesses to pollute waterways and wetlands. While the risk of pollution can be devastating to anyone reliant on clean water, the Defendant's decision is consistent with his tendency to ignore parties that would be harmed by downstream risks as a result of his careless decision making. Further, instead of protecting natural resources, the Defendant failed his duty by ignoring scientific studies projecting that fresh water will be a limited resource that current and future generations will have to manage in decades to come. The Defendant's disregard for the health of our environment and natural resources causes me mental anguish because the

effects of failing to protect the environment can be felt everywhere.  The Defendant's stance on

the environment threatens to cause more harm on top of existing natural disasters, which appear

to be worsening without adequate environmental protections. Furthermore, pollution exposure to

society and the economy poses enormous and fatal risk.  The Defendant's decision to risk our

environment and expose the US to worse pollution damage is a breach of duty because a single

event can create massive harm with collateral damage.

      The Defendant's stance on denying climate change, undermining the value of science,

and failing to protect natural resources like air, land, water, and public spaces, exemplifies his

carelessness because failing to protect the environment puts the American public at risk. Further,

the Defendant went to the extreme of saying that global warming is a positive force by stating

that "It's freezing and snowing in New York--we need global warming." Even if the Defendant

was being facetious, his conduct exposed the environment to worse harm and experts have

described climate change as a threat to environments across the planet and to species including

the human race. The Defendant's contradictions indicate that he is more focused on preserving

his image than preserving the planet.  For example, The Defendant reportedly made a statement

about using nuclear weapons against hurricanes, which caused concern that such a reckless

decision would cause nuclear fallout damage as hurricane winds would spread radioactive

material.  The Defendant later tweeted that "The story… that President Trump wanted to blow up

large hurricanes with nuclear weapons prior to reaching shore is ridiculous" and went on to deny

that he ever made that statement, which may be contrary to the truth.  For example, the polar ice

caps have been melting at alarming rates from global warming, and pose a risk to coastal lands

(including places like New York), effect climate change, and may have a drastic effect on ocean

tides.  The Defendant's use of false information about the environment and risks to health caused

Eric D. Wall – Claim                                                        5/27/2020

my anxiety to compile because he acted like there were no limits to his unsubstantiated or false claims.

Throughout November of 2019, the Defendant was battling the United States federal court system to prevent his tax returns from being released to the public. The Defendant broke his initial promise to release his tax returns to the American public indicating that he was trying to prevent the truth about his financial reporting from coming forward. The Defendant had explained in years prior that following through on his promise was not important because he was already elected president, indicating that as president, he would be immune from requests to subpoena his financial information.  The Defendant's breaking from a multi-generational tradition was a red flag because the Defendant went to great lengths to hide potentially incriminating evidence from the public, and from the law.  According to reports and public information, discrepancies have been found in financial statements provided to banks, and tax authorities regarding insurance, values, occupancy, revenue and costs from his businesses. The Defendant also advertised the idea that he could shoot someone on 5th Avenue and not go to jail. The Defendant appeared to be running a con on the US and that he had no respect for the law, which caused me severe anxiety about him abusing the US legal system to shield himself from liability or illegal activities.

The Defendant called a Constitutional process, his impeachment, a "hoax," which is a false statement because it was designed to protect the US from government officials that violated the law.  The Defendant's statements regarding his phone call with President Zelensky about investigating the Biden family were contradicting and misleading.  For example, the Defendant said the call transcript released by the White House was "an exact transcript", and in his words, "I had a transcript done by very, very talented people, word for word, comma for comma. Done

59

by people that do it for a living. We had an exact transcript" on October 2, 2019.  However, the

transcript released by the White House disclaimed that the transcript itself was "not a verbatim

transcript" and only "a recollection." The Defendant also stated that the acting Director of

National Intelligence (DNI) described the call as "very normal", when the DNI had said that

pressure from a foreign power is "unwarranted" and "bad for the nation to have outside

interference."  The transcript also reflects the Defendant asking President Zelensky of Ukraine to

speak with the Defendant's personal attorney to find out what's going on, like the Defendant was

trying to get inside information to avoid justice.  Furthermore, the Defendant said on September

22nd, 2019, "The conversation I had was largely congratulatory. It was largely corruption — all

of the corruption taking place. It was largely the fact that we don't want our people, like Vice

President Biden and his son, creating to the corruption already in the Ukraine."  The Defendant

appeared to be buckling under the weight of the facts that could likely reveal his culpability into

having a US citizen investigated by a foreign government, for which the Defendant could be

prosecuted.  The Defendant also went to great lengths to create fear that if he were removed from

office that Americans would be in grave danger. For example, the Defendant threatened that

America would enter "Civil War" if he were removed from office after being impeached,

inciting violence by tactically creating fear across American society.

The Defendant aggravated my mental and emotional injuries he caused, which

compounded atop my physical injuries. On December 15, 2019, the Defendant shared one of his

personal attorneys' tweets (from Rudy Giuliani), saying "Evidence revealed that corruption in

2016 was so extensive it was POTUS's DUTY to ask for US-Ukraine investigation," which

caused me to fear that the Defendant was protecting his decision to use Ukraine to spy on the

Biden family.  As my anxiety had already been raised because of the Defendant's conduct prior

to the investigation, I relapsed into another panic attack out of fear that the Defendant would leverage foreign parties to spy on the US and her citizens. On December 17, 2019, the Defendant tweeted, "The new USA Today Poll, just out, has me leading all of the Democrat contenders. That's hard to believe since the Fake News & 3 year Scams and Witch Hunts, as phony as they are, just never seem to end. The American people are smart. They see the great economy, & everything else!" The Defendant caused my anxiety to persist because he again referred to legal investigations as witch hunts and was pandering to the American people by calling the need to ensure national security, including the security of our elections, a scam. It appeared the Defendant was scamming the American people into believing that news portraying him in a negative way was fake and he wanted people to believe that his opposition was running a scam.

On December 17, 2019, I had an appointment scheduled to meet with my psychiatrist in the early evening. I left my house about an hour prior to the appointment because I was in a state of distress about the Defendant's deflective and divisive comments, and was afraid of driving at night following my July 1, 2019 car accident. While on my way to her office in my panicked state, I got lost even though her office is located in a nearby town approximately five miles away. While driving around, it began to snow, so I pulled over and had a complete meltdown in the vehicle because I felt incapable of performing normal tasks. I missed the appointment altogether because the anxiety was too much to bear. Making matters worse, I dropped my phone because I have been suffering from nerve pain in my spine that makes my hands shake, and had to email her when I arrived home to tell her I could not make it. Had the Defendant not caused me to suffer from anxiety about his intolerable conduct and potential use of foreign nations' resources to help his political campaign, I would not have panicked during my July 1st

61

accident, or gone through a similar experience on my way to the psychiatrist on December 17th in 2019.

From the early stages of the Coronavirus (COVID-19) outbreak in America, the Defendant made many contradictory statements and supplied misinformation. For example, on January 22, 2020, several weeks after the Defendant learned about the virus, he told CBS in Davos Switzerland, "We do have a plan and we think it's 'gonna' be handled very well, we've already handled it very well." However, it is May 27th, 2020, and an effective plan has been delivered to prevent further spread of the disease in the US as the Defendant's response was not handled well. On January 22, 2020, the Defendant also said "We have it totally under control. It's one person coming in from China. We have it under control. It's going to be just fine." However, the Defendant did not have it under control and it was not going to be "just fine" at that time. It is still unclear when America will be safe from the disease because the Defendant was nontransparent and downplayed the risk when the disease was spreading around the world. On January 24, 2020, the Defendant tweeted, "China has been working very hard to contain the Coronavirus. The United States greatly appreciates their efforts and transparency. It will all work out well," and later that month stated that "we are working very closely with China," however, the Defendant would revers course and blame China for his failure to prepare the US against the pandemic. The Defendant also referred to the disease as the "Chinese Virus" causing Americans to act with hostility towards people of Asian dissent in the US. The Defendant's statements were unsubstantiated and caused me to fear that he was flipping the information to portray success against the virus when Americans' lives were at risk.

In February of 2020, the Defendant said, "As I mentioned, by April or during the month of April, the heat, generally speaking, kills this kind of virus," which misled people into

believing that we would be safe by April of 2020 and that heat would kill the virus, which still remains to be untrue as weather warms and more Americans are dying from the virus. On February 23, 2020, the Defendant said, "We're very much involved. We're very — very cognizant of everything going on.  We have it very much under control in this country," indicating that he had sufficient prior knowledge to keep the virus under control.  While it was the Defendant's responsibility to keep it under control, it was apparent that the virus was not under control because in about one month's time between January and February of 2020, the number of infected Americans grew fifty times over.  On February 24, 2020, the Defendant said, "The Coronavirus is very much under control in the USA. We are in contact with everyone and all relevant countries. CDC & World Health have been working hard and very smart. Stock Market starting to look very good to me!"  The Defendant's statement was another false projection that caused me to fear that the Defendant cared more about the stock market than saving people's lives, and was untrue because the stock market tumbled thousands of points in the weeks to come. The Defendant's actions were inconsistent with his words because the Defendant halted funding to the WHO and publicly blamed them for the coronavirus during the pandemic. On February 26, 2020, the Defendant compared the coronavirus to the flu and represented that the flu was more deadly.  The Defendant's claim was unsubstantiated because hundreds of thousands of people were sick from coronavirus worldwide and the Defendant had downplayed the risk of coronavirus continuing to spread in the US.

The Defendant also said, "If you look at what we have with the 15 people and their recovery, one is — one is pretty sick but hopefully will recover, but the others are in great shape. But think of that: 25,000 to 69,000. ... "And again, when you have 15 people, and the 15 within a couple of days is going to be down to close to zero, that's a pretty good job we've done," when in

63

reality almost 60 Americans were infected with COVID-19 at that time and the number of

infected people grew exponentially thereafter, contrary to the Defendant's misleading statement

that it would be "close to zero" within just a couple of days.  The Defendant also weaponized the

COVID-19 risk when speaking at a South Carolina campaign rally on February 28th, 2020, by

calling it "their new hoax," referring to Democrats months after the coronavirus had spread to

several countries infecting hundreds of thousands of people. However, the disease was not a

hoax and upended people's lives, livelihoods, and was on track to infect hundreds of thousands

of more people with nearly 100,000 people dying from the disease.

The Defendant claimed he has "a natural ability" for understanding of the risks associated

to disease. If the Defendant were telling the truth that he has a natural ability for understanding

the coronavirus outbreak, leaving the US underprepared is reckless, and exacerbating the harm is

extreme and outrageous.  Had the defendant been honest about the severity of risk facing the

American public instead recklessly ignoring the warnings of disease spreading here, our society

could have been better prepared prior to the damage that ignoring COVID-19 has caused.

Furthermore, the Defendant advertised himself as having a superior acumen compared to

designated experts in their fields by overlooking officials' advice that resulted in America's

devastating harm.   The Defendant's statement about wanting to keep the COVID-19 numbers

low indicated a reckless attitude towards risk, because not having enough testing kits would

indicate a lower number of infected people than what might be the actual number of infected

people. The Defendant on live television informed the public that many people "don't even see a

doctor, they don't even call a doctor. You never hear about those people… you can't put them

down in the category of the overall population in terms of this corona flu and/or virus. So you

just can't do that." The Defendant's conduct is extreme and outrageous because the biggest risk

are "numbers" that would reflect his reckless disregard for the harm Americans face. To this day, almost 100,000 Americans have lost their lives because the Defendant caused people to trust in his "natural ability" to protect against and remedy COVID-19, which he did not do. Furthermore, the Defendant, if he had a natural ability to grasp the risks associated with the disease, he would have provided the US with a suitable recovery plan, which he did not provide. Furthermore, the Defendant made claims about cures that were unsubstantiated, advertising medical advice that had not been proven to work against COVID-19 or the coronavirus.

The Defendant acted as though his "version" of information was superior to experts' providing facts. The Defendant was careless as he said he was "not concerned" about the coronavirus disease becoming viral in America. In the early stages of the coronavirus spreading across the world, the Defendant was focused on keeping the numbers low, as he explained that he did not want high numbers, like human life is no more than a statistic posing risk to his reelection. During the COVID-19 crisis, the Defendant prioritized his needs above the American people while we were exposed to harm. For example, the Defendant has been advertising his campaign for reelection while the cases of COVID-19 in the US continue to grow, and as the death toll rose. By doing so, the Defendant illustrated that he cared more for his political endeavors than he did for protecting Americans from a fatal disease. Other countries with less production capabilities, less people, and less financial strength - have gotten the outbreak under control and flattened the infection-rate curve or reduced it - while America's rate of infection still grows.

Therefore, more Americans may be in harm's way or at risk of dying because the Defendant has not adequately prepared to handle the risk of disease. The Defendant also stated in early March that COVID-19 would go away by April, which it did not, indicating his

statement about having a natural ability is false.  Had the Defendant taken the necessary or sufficient precautionary measures to protect the American people by supplying medical practitioners, hospitals, the CDC, and the American people would not have faced the degree of harm that still exists. At least two of my professional work colleagues may have been exposed to coronavirus, one of them being a relative – my uncle.  The Defendant went so far as to say that COVID-19 will go away with warm weather, which has proven to be untrue as the weather warms and the virus still spreads. Further for example, US states with warm weather experienced COVID-19 outbreaks at rising rates indicating that the Defendant's statement about warm weather will make the virus "go away" is untrue.  Making matters even worse, the Defendant has encouraged Americans to return to work, against healthcare professionals' strongly advising Americans to abide by social distancing measures.  The Defendant said, "So, if, you know, we have thousands or hundreds of thousands of people that get better just by, you know, sitting around and even going to work. Some of them go to work, but they get better." The Defendant's statements were inconsistent with the truth because they were contrary to health experts' advice. By projecting that the epidemic would go away, and justifying coronavirus' disappearance as "miraculous" is not based on science or findings that indicated the virus was spreading at the time.

Furthermore, after Congress agreed to provide funding for America's response to the coronavirus outbreak, the Defendant fired Inspectors General; Michael Atkinson on April 3, 2020, Glenn Fine on April 7, 2020, Christi Grimm on May 1, 2020, and Steve Linick on May 15, 2020.  The Inspectors General were designated to provide oversight about spending and government operation in the Executive Branch, to ensure independence, objectivity, and to help prevent or spot corruption.  The Defendant's firing of Inspectors General hindered the American

Eric D. Wall – Claim                                                                                       5/27/2020

public's supply of objective information and the Defendant's decision to fire them indicated that

he did not want the American public to have such information.  The Defendant's conduct caused

me to fear more that even during a crisis, his conduct would be aimed at serving his needs

instead of the needs of the American people, even for the sake of transparency about his conduct.

In February and April of 2020, when asked about dissolving National Security Council

directorate for health security and biodefense dedicated to preparing for the risk of pandemics,

the Defendant stated that he was unaware his administration was responsible for that decision.

However, the Defendant made a public statement in 2018 that he intentionally eliminated those

offices justifying that he was "a businessperson" and didn't need "thousands of people around."

This direct contradiction is extreme and outrageous because it is not only untrue, but it misleads

people into believing he is not responsible for failing to prepare the nation for the virus.

Eliminating the pandemic responsiveness in The US feels like someone removing the fire safety

equipment from an office building, like a disaster waiting to happen. When explaining his

reasoning for firing health officials responsible for pandemic response, the Defendant went on to

say that "if we ever need them we can get them very quickly and rather than spending the

money".  The Defendant learned about the COVID-19 pandemic prior to the disease reaching

America's mainland, and with that knowledge, he failed to get the health officials back quickly

as he stated, and also failed to supply America's healthcare professionals, and first responders

with enough equipment for protecting against further spread of the disease.

On March 4, 2020, the Defendant misinformed the public that it was safe to travel. The

Defendant said, "Yeah, I think where these people are flying, it's safe to fly," which exacerbated

the risk of the disease spreading if people were to fly.  In March of 2020, the Defendant made

several statements that downplayed the number of infected people when in reality thousands of

67

Americans had been infected with COVID-19.  The Defendant also said "And a number of cases, which are very small, relatively speaking — it's going up. But we've done a great job because we acted quickly. We acted early. And there's nothing we could have done that was better than closing our borders to highly infected areas." However, the Defendant had weakened the US' ability to be proactive against pandemic disease because he eliminated offices and personnel designated to help protect against this exact risk of harm.

On April 3, 2020, the Defendant reaffirmed his boldfaced misinforming tactic, stating, "I said it was going away - and it is going away."  However, the number of cases was rapidly growing to into the hundreds of thousands and tens of thousands of deaths were reported without a sign of slowing.  In a contradicting statement compared to his choice to shut down the government for thirty-four days from 2018 to 2019, the Defendant said, "Our country wasn't built to be shut down. This is not a country that was built for this," on March 23rd, 2020 referring to the coronavirus outbreak in America.  Had the Defendant believed his statement to be true, he would have averted the government shut down.  Or, the Defendant intentionally shut down the government to leverage America's health and safety to fund his "Wall." As a result, I have been suffering from constant reoccurring thoughts of people suffering, dying, and nightmares that depict chaos because of the Defendant's reckless approach to risk exemplified by his failure to take adequate reactive measures to COVID-19 in the US.

During the COVID-19 outbreak, the Defendant made statements indicating that he has complete authority, which may be false considering the power reserved for the states in The US Constitution.  On April 13th, 2020 The Defendant said at a press conference, "When somebody's president of the United States, the authority is total."  The Defendant's statement that his authority is total is directly in conflict of the Founding Father's construction of the US

Eric D. Wall – Claim                                                                          5/27/2020

Constitution to balance powers and allow state sovereignty. The 10th Amendment operates to provide all powers that don't reside in the President and Congress, to reside in the states. The Defendant disregarded this critical component of American democracy and governance to indicate his overarching control. The Defendant stated, "And that's the way it's got to to be. It's total. It's total. And the governors know that." Further, the Defendant said, "You have a couple bands of Democrat governors, but they will agree to it," again displaying his forceful conduct that goes against the US Constitution and would operate to subvert state authority. Doubling down on his conviction, the Defendant continued, "They will agree to it. But the authority of the president of the United States, having to do with the subject we're talking about, is total." The Defendant's disregard for state sovereignty is extreme and outrageous because it directly contradicts the purpose of the US Constitution, which is designed to allow state sovereignty so that one person does not have complete control over the states. By failing to preserve the Separation of Powers or fail to uphold federalism under The US Constitution, the defendant would have violated his presidential oath. By breaching any part of the US Constitution, the Defendant failed to defend the Constitution and dishonored the purpose of the most central doctrine designed to protect Americans' freedoms. The Constitution represents the social fabric that binds us as a nation in one physical form that adapts and evolves with society. By dishonoring the Constitution, the Defendant dishonored the value of protecting freedoms. The Defendant's statements caused my anxiety to skyrocket because he conveyed that he did not respect self-governance, state authority, or the value of the US Constitution.

On April 24th, 2020, the Defendant suggested that disinfectants be used to help rid the body of COVID-19 when he said, "I see the disinfectant that knocks it out in a minute, one minute," and followed by asking Dr. Deborah Birx if there was "a way we can do something like

69

that by injection inside, or almost a cleaning? Because you see it gets inside the lungs and it does

a tremendous number on the lungs." It is extreme and outrageous to recommend publicly a

procedure that could kill or harm people. Following his statement, about thirty or more people

tried to ingest disinfectant according to reports. The Surgeon General and disinfectant product

manufacturers had to recommend that the public refrain from ingesting or injecting disinfectants

because the Defendant supplied misinformation that could risk people's health and lives. The

Defendant also recommended that light can be used to kill the virus, and his reference to using it

inside the body was unfounded. It appeared that contrary to his statement about having a clear

plan to remedy the harm from the virus, the Defendant had no plan, or any idea of how to

properly treat the symptoms of COVID-19.

The Defendant appeared to be running out of false statements to portray his handling of

COVID-19 as a success and deferred to blaming others. For example, the Defendant tried to

blame the Obama Administration for its unpreparedness against pandemics, referring to the

SARS outbreak during Obama's term. However, President Obama took better precautionary

measures than the Defendant, but the Defendant falsely claims that SARS had a worse impact

than the coronavirus (or COVID-19) on America, when statistics reveal that coronavirus under

the Defendant's scope of office is far worse. Furthermore, the Defendant removed safeguards in

place to be prepared against the risk of pandemic disease. The Defendant also blamed the Obama

administration for failing healthcare policies, and claimed that "I was the person who saved Pre-

Existing Conditions in your Healthcare," as well as, "I will always protect your Pre-Existing

Conditions, the Dems will not!" However, the Defendant helped lead a federal lawsuit that

would strip away Americans' health coverage for those with preexisting conditions by trying to

terminate the Affordable Care Act. The Defendant's statements indicating that he would protect

people with preexisting conditions was false because he reduced coverage for people with disabilities.

On May 8, 2020, I got tested for COVID-19 because I was planning to return to my physical therapist but was fearful that I contracted the disease, even though I have self-isolated for the most part of the previous two months. I tested negative, which provided relief, however I learned that the swab test is only 65% accurate, despite the Defendant's claims that America has the best testing in the world. The Defendant's statement that more tests results in more cases indicated that he was downplaying his failure to protect against the risk of the disease in the first two months after learning of its spread across the world. After the pandemic became an American epidemic, the Defendant recommended to reopen the America economy, which may come at the expense of more people falling ill or losing their lives.

During the COVID-19 outbreak, the Defendant's criminal associates were released from prison. The Defendant appeared to be rigging the process to avoid factual information from coming forward by leveraging the Justice Department's head, William Barr, to act with bias in favor of the Defendant. Not only is the Justice Department supposed to act with impartiality, especially when performing its investigatory services, but steering the process would go against the interests of justice. For example, when accepting responsibility for his crimes, Michael Flynn stated, "My guilty plea and agreement to cooperate with the special counsel's office reflect a decision I made in the best interests of my family and of our country. I accept full responsibility for my actions" near the end of 2017. However, in May of 2020, after Flynn was released from prison, The Justice Department pushed to drop the charges against Flynn. It was alarming that under Barr's command, the Justice Department would move to protect Flynn after Flynn admitted to his crimes involving Russia. During an interview with Barr in early May of 2020

about the Flynn case, Barr said "I was feeling that… there were two standards of justice in this country, and that the political, the-the Justice, or, the law enforcement process was being used to play political games." When asked if Barr was doing the President's bidding, Barr responded, "No, I'm doing the wor-, law's bidding, I'm doing my duty under the law as I see it," and proclaimed that "history is written by the winners." Barr's statements indicated that he was partial to Flynn because he believed Flynn may have pleaded to things that he was not culpable of committing, even though Flynn admitted to his criminal activities.  It appeared that Barr was covering up those wrongdoings and caused me to fear that he was stumbling because he had knowledge that Flynn had committed the crimes that Flynn admitted.  Furthermore, the Defendant peddled an "Obamagate" narrative aimed at shifting blame to the prior administration without justification, calling Obama the most corrupt president ever, which Barr allowed to permeate through media channels without refuting or provided any contextual basis.

On May 9th, 2020, I performed a ritual during which I pray, meditate, and engage with water, earth, sound or other elements that allow me visibility.  It was the same type of ritual I have used to make predictions about the weather and other events that unfold in the future. While meditating and sitting by my fireplace, I experienced a vision indicating that William Barr was planning with the Defendant to cover up their associates' ties with foreign parties and became overwhelmed by a sense of impending doom.  The vision came to me in a series of images that showed William Barr, the Defendant, and leaders of foreign nations sitting around a table with binders bound in dark leather, where they discussing plans to form a global hierarchy. There was a fourth party at the table with them, a man with greyish hair of middle age, but I could not recognize his face in the vision.  My best guess is that the fourth person could have been Michael Flynn.  In the vision, I saw Vladimir Putin glided to whisper into the Defendant's

ear, and the Defendant pointed a staff at Barr commanding Barr to slide documents into a fireplace behind the table where they all sat. Upon doing so, Putin delivered a chest containing shiny things of value to the Defendant that were hard to depict in the vision. The group began to chuckle and the vision zoomed out into a bird's eye view of The United States' landscape cracking like a building's foundation during an earthquake.  I did not want to share the vision because I feared that it would create panic.  While the vision lasted for less than a minute, I experienced a chilling sensation that reverberated throughout my neck and extremities.  I also became overwhelmed with fear that the people I saw were conspiring to imperialize the West and had to go outside for fresh air.

The Defendant also tried to cover his harmful trade war tactics by making extreme claims.  The Defendant said at a press conference, "When was the last time anybody saw us beating, let's say China, in a trade deal? I beat China all the time. All the time" – when in fact, his trade deals have caused American farmers to go bankrupt by losing their markets, and as a result many have fallen into depression and committed suicide.  Further, mining and related sectors have been adversely affected, because the Defendant was more focused on "beating China" instead of improving infrastructure needed in the US to preserve the economic stability of US families and major US economic sectors.  The Defendant said "I'll build them [Walls] very inexpensively. I will build a great, great wall on our southern border, and I will make Mexico pay for that wall. Mark my words," which is untrue because Mexico hasn't paid for the wall, costing The US trillions of dollars and usurped funding from other US departments that protect Americans (like the CDC), and healthcare for Americans.   The Defendant promised that he would "not touch" United States entitlement programs including Americans' social security, however, his budget proposal reflected a $24 Billion cut to Americans receiving social security

disability benefits.  Reports indicate that over eight million Americans would be at risk of losing

their disability benefits.  The Defendant's conduct is extreme and outrageous because it puts

disabled people in harm's way, and because the Defendant reverses course on his promises

making his statements untrue.

The Defendant claimed that he created the best economy and stock market "ever."

However, reports indicate that the economy has grown by about only 25% since 2009, prior to

COVID-19.  When compared to economic expansion in the 1980s that grew by 38%, and in the

1990s that grew 43%, the Defendant's statements fall short of being factually true.  The

Defendant made claims that illustrate himself as a probusiness or proindustry advocate, however,

his decisions to tariff foreign markets had an adverse effect on several industries and caused

American businesses to lose their markets resulting in food waste and job losses.  Key economic

indicators illustrate a different story from the Defendant's grossly exaggerated claims, one that

illustrates rising debt and corporate tax cuts that were used in large part to buy back public stock

shares, as corporate debt accounted for about 46% of the entire US Gross Domestic Product in

2019, the highest peak since 2007.  The Defendant has boasted about low unemployment due to

increased hiring, however, the unemployment ratio was also reduced by working class

Americans that were denied benefits, became ineligible for benefits, exhausted their benefits, and

not entirely because those people found work, which the Defendant failed to address while

advertising himself.  The IMF estimated that S&P 500 companies' spending on share buybacks

as a percentage of assets is double what it was in 2010, which does not equal rising employment

or wages paid by itself.  As a result, this could imply that Americans were not in a better

economic standing across the board.  The Federal Reserve released an alarming report that

roughly four of ten Americans would not be able to cover an unforeseen or emergency expense

of $400.  While the Defendant has projected himself as having superior business acumen and that he is "a genius," prominent economists have described the Defendant as having very poor economic acumen.  Furthermore, the Defendant publicly blamed the Federal Reserve for economic performance that resulted from his policies to shift focus away from his failures.

In May of 2020, the Defendant also falsely claimed that mail-in voting ballots would lead to a "rigged election."  The Defendant also said that Americans would engage in mail theft and voting fraud if mail-in ballots were allowed. However, the Defendant's statements are unsubstantiated and indicate how far the Defendant went to stretch the truth by causing the public to fear a voting process that has safeguards against fraud.  The Defendant targeted predominantly Democratic regions with his forecasts and stated that California would send mail-in ballots to "anyone living in the state, no matter who they are and how they got there." Reports indicate that only five registered voters would receive those ballots as of May 26, 2020. The Defendant's false claims about the upcoming election are dangerous to democracy because without the right to vote, American lose their voice and their choice of leadership. Furthermore, mail-in ballots could be a viable solution to avoid cyber intrusion as the US experienced in 2016. The Defendant's choice to assume that Americans would partake in criminal behavior if mail-in ballots were allowed is alarmingly familiar to the anxiety he caused me during the Russia investigation, because the Russian hacking attempts helped hurt his opponent indicating that the Defendant was the favorable choice to the foreign nation.  The Defendant continues to cause me mental anguish because it appears he is repeating the same dangerous conduct that caused my anxiety over two years ago.

The Defendant may argue that he did not cause my harm because I was not in the orbit of danger.  However, this argument is unlikely to succeed because the Defendant made me fear for

my life when he threatened to shut down the US Government during the Russia investigation.
The Defendant caused me to fear for my life because he was putting his interests before the
interests of national security and claimed that an isolated event, a caravan of immigrants coming
through Mexico, should take precedence.  The Defendant's choice to ignore a plethora of risks,
and risk harm to America by hindering government services provided to the taxpayer for border
security and building the "Wall" caused me to fear that he was leveraging the people's hard
earned money to meet his campaign promises at the expense of our safety. The Defendant's
conduct conveying that immigration trumped the needs to protect our nation felt like propaganda
because he was willing to risk the many functions of government to advance his political agenda.
While in New Jersey in December of 2018, I suffered from a panic attack that rendered me in
hysterics because I foresaw America heading into harm's way because of the Defendant's
reckless decision.  The Defendant ignored the risk of harm to the nation by leveraging US
government functionality to meet his demands.  The Defendant created an orbit of danger
because his decision made travelling less safe just prior to one of the busiest travel holidays.  The
Defendant caused me to feel distress while driving through about a dozen US states on the way
to Florida.

The Defendant may argue that his conduct would not foreseeably cause my harm.
However, this argument would likely fail because foreseeability is not a necessary element for
proving NIED.  The Defendant was required to be aware of the risk of harm he caused and
ignored that risk, which caused me to fear for my life.  The Defendant may also argue that his
conduct was no extreme or outrageous. However, extreme and outrageous conduct is not a
required element for a valid cause of action based on recent cases.  Extreme and outrageous
conduct is not mentioned, even as a factor, in the cases alleging negligent infliction of emotional

Eric D. Wall – Claim                                                    5/27/2020

distress cited above.  The Defendant may argue that his conduct was merely "trivialities and

mere bad manners" (Prosser and Keaton, Torts § 12 at 56 [5th ed 1984]).  This argument is not

likely to succeed because the Defendant's conduct extends beyond trivialities and bad manners

because he not only damaged the principles of American democracy by undermining the value of

protecting our elections, he risked US national security and American lives, health, and caused

severe economic damage.  The Defendant's downplaying white nationalism and causing

Americans to take to arms in fear that they would lose their second amendment right is

dangerous to society because doing such led to violence against Americans. The fact that

hundreds of thousands of government employees being furloughed as a result of the Defendant's

shutting down the US government is a reckless disregard for the services they provide including

keeping Americans safe, our economy and methods of exchange protected, our infrastructure

inspected and intact, our food safe, our treasury maintained, as well as the many other services

they provide.  Had the Defendant performed his duty with sufficient care in the scope of his

office, he should have negotiated like a rational businessperson or accepted Congress' offer for

his border project and "Wall".  The Defendant could have refrained from negligently, but for his

negligent conduct, the Defendant caused me severe emotional, mental, physical, and financial

harm.

The Defendant caused reoccurring anxiety and panic attacks because he exemplified self-

aggrandizement at the expense of performing his duties to sufficiently protect the US, failed to

be transparent with the public, and fabricated information when accurate facts were necessary to

prevent or remedy harm.  The Defendant's neglect to care for serious risks of harm is supported

by his own statements because he referred to serious risks of harm as a "hoax."  The anxiety and

mental anguish I experience about the Defendant's conduct manifest into physical pain including

tension headaches, nerve pain, pain in my chest, and cognition problems.  For over two years the Defendant caused me severe mental, emotional, and physical anguish. The Defendant also made me fear for my life and for the lives of family members, friends, and people in The United States. I have been seeing multiple health professionals and prescribed medication after being diagnosed with anxiety, depression, and PTSD resulting from the Defendant's conduct that causes my emotional and physical pain.

As a result of the Defendant's careless conduct, mishandling information, being nontransparent or untruthful, and I have suffered mentally, emotionally, physically, and financially.  My pain has worsened without receiving medical care because the Defendant failed to take appropriate precautionary and reactive measures to mitigate the harm from coronavirus. As my pain compounds by the day, I cannot lead a normal life enjoying basic American liberties, such as seeing family, friends, or dating because the Defendant failed his duty causing psychological and physical injuries his careless response to risks including pandemic prevention and response.  As a result of my motorcycle accident and psychological injuries, I suffered from nerve pain, loss of enjoyment, and dysfunction.  I was unable to engage in romantic activities, or perform normal household tasks that resulted in damage to my property.  As a result of the Defendant's conduct consuming my ability to focus causing my mental and physical injuries, I also missed time at work where I chair company meetings resulting in project delays and an interruption to my business development role.

The Defendant should be held liable for the Intentional Infliction of Emotional Distress because his conduct was extreme and outrageous and he repeatedly crossed the boundary of decency in society while acting in the scope of his office. According to the Second Restatement of Torts "one who by extreme and outrageous conduct intentionally or recklessly causes severe

emotional distress to another is subject to liability for such emotional distress" (Second

Restatement § 46[1]).  Following the Second Restatement, The New York Court of Appeals

established four elements for proving the Intentional Infliction of Emotional Distress:

      1) Extreme and outrageous conduct;

      2) Intent to cause, or disregard of a substantial probability of causing, emotional distress;

      3) A causal connection between the Defendant's conduct and the Plaintiff's injury, and;

      4) The Plaintiff suffered severe emotional distress.

In Halio v Lurie, the Plaintiff brought actions against the Defendant for libel and

intentional infliction of emotional distress.  The Plaintiff alleged that the Defendant caused her

mental anguish because the Defendant concealed his marriage to another woman while keeping

the Plaintiff's company.  The Defendant sent the Plaintiff a letter calling her "The Tortured

Turk," and "taunted her with her unsuccessful efforts to marry him." (Halio v. Lurie, 15 A.D.2d

62, 64 (N.Y. App. Div. 1961). Upon the Plaintiff's receiving the letter while in the company of

her family, the Plaintiff's sister read the letter to the Plaintiff for which the Plaintiff brought an

action for libel against the sender. The Plaintiff alleged that the "defendant expected and

intended that said missive would cause plaintiff to suffer anguish and emotional shock; that it

would produce tears and excitement on her part, and other signs of exceptional distress; that it

would be received on a Saturday morning, when members of plaintiff's family would be at home;

that such emotional shock would occur in their presence and would disclose the existence and

contents of the document to persons other than plaintiff." (Halio v. Lurie, 15 A.D.2d 62, 64

(N.Y. App. Div. 1961).  The Plaintiff also alleged that she became "visibly agitated and grew

hysterical; that by reason thereof the presence and the contents of the document became known

to plaintiff's sister who read it, by reason of which the document and envelope 'were published by defendant to a person other than plaintiff'; that they were published of and concerning plaintiff; that the acts of the defendant were malicious; and that the contents of the writings were untrue." (Id.)  The Court in Halio dismissed the Plaintiff's first cause of action for libel reasoning that the Plaintiff failed to plead sufficiently because "it does not appear on the face of the complaint that the alleged libel was published by the defendant." (Halio v. Lurie, 15 A.D.2d 62, 64-65 (N.Y. App. Div. 1961).  The Court also dismissed the Plaintiff second cause of action reasoning that the "Justice at Special Term considered it an attempt to plead a cause of action founded on a prima facie tort, without alleging that the plaintiff had sustained special damage" Halio v. Lurie, 15 A.D.2d 62, 65 (N.Y. App. Div. 1961).  The Court also stated that "no such pleading is necessary, if an injury has been alleged for which general damages may be recovered." (Id.) The case at hand alleges general and special damages because the Defendant's conduct went beyond the tolerable bounds allowed in a civilized society causing my severe mental anguish, emotional distress, physical injuries, economic and noneconomic damages.

The Court in Halio stated, "There is no lack of authority in this State, however, for the conclusion that there may be a recovery for mental anguish and suffering, and for physical ailments resulting therefrom, unaccompanied by physical contact." This case is like Halio because I suffered from mental anguish and physical injury resulting therefrom.  This case is unlike Halio because I also suffered physical contact from being subjected to living in a constant daze because the Defendant made me feel like I was losing my mind and my ability to concentrate on normal tasks.  The Court also explained that "there may be recovery for the intentional infliction of mental distress without proof of the breach of any duty other than the duty to refrain from inflicting it" (Halio v Lurie, 15 AD2d 62, 66).  This case is like Halio v.

Eric D. Wall – Claim                                                      5/27/2020

Lurie because the Defendant here made statements and published information that were

damaging to my health, sense of peace, emotional wellbeing, and mental clarity to the degree

that he distracted me from performing regular tasks.  The Defendant's use of information was not

only misleading, the Defendant's statements were aimed at harming people and created severe

risk of harm that caused my ongoing anxiety.  The Defendant also used his position to place

people in governance that could shield him from potentially damaging information, which

caused me to fear that he operated the US Government like a casino rigged in his favor, or like

he stacked the deck with people that could protect his private interests.

      The Defendant's conduct is extreme and outrageous because he wantonly disregarded

national security and downplayed the importance of protecting US elections. The Defendant's

conduct was extreme and outrageous because he subverted government operations and portrayed

that he had no connection to Russia when people close to him were being convicted of federal

crimes in connection to Russia, and for interfering with American democracy.  It felt like the

Defendant was pulling American society into a web of evil that starved truth, fairness, and basic

respect for essential elements of life, liberty, and happiness.

      As referenced above, in December of 2018 I was preparing to drive to Florida to visit my

family for the holidays.  The Defendant's conduct during the Russia investigation caused me to

fear for my safety because the Defendant, while his integrity was at question and as the most

powerful person in the world, risked harming America and her people by shutting down the

government.  The Defendant, by going to great lengths to deny Americans of transparency while

people close to him were facing criminal convictions, on top of his potential ties to a foreign

autocracy, felt like I would not be safe no matter where I went.  The Defendant's conduct caused

me to fear he would sacrifice the wellbeing of Americans, even risking our lives or our safety by

81

disrupting government functionality to protect his potentially criminal activities. Reports indicate that the Defendant used offshore tax havens with ties to Putin and Putin's family members, a way for the Defendant to hide his money from US tax authorities. When reviewing images that indicate the Defendant being subservient to Vladimir Putin, as well as the Defendant's statements that defend Putin, I experienced a sense of impending doom, like a disastrous storm building in America because of the Defendant's extreme and outrageous conduct, while he attempted to hide his ties to President Putin. The Defendant's conduct is extreme and outrageous because he treated the Justice Department like a shield from liability.

In January of 2019, Roger Stone was tried and found guilty of federal crimes. The Defendant caused me to fear that he was masking Stone's culpability because Stone was part of the Defendant's network and worked on the Defendant's campaign. When describing William Barr's role in the Justice Department and Roger Stone, whose crimes including lying to the Congressional Intelligence Committee, the Defendant said:

> I want to thank – if you look at what happened, I want to thank the
> Justice Department for seeing this horrible thing. And I didn't speak to
> them, by the way, just so you understand. They saw the horribleness of
> a nine-year sentence for doing nothing. You have murderers and drugs
> addicts; they don't get nine years. Nine years for doing something that
> nobody even can define what he did.
> – The Defendant, February 12, 2019.

The Defendant's statement about Roger Stone's case, saying "that nobody even can define what he did," is extreme and outrageous because the Defendant tried to cover for Stone's wrongdoings by distracting from the underlying issues. The Defendant's description that nobody could define what he did rang like an admission that the Defendant did not want people to understand what Stone had done, because as the Defendant's close associate, it was likely that

Stone's conduct helped the Defendant secure his political power.  The Defendant was trying to

pull wool over the public eye in order to cover for Stone's criminal activities, which left me

stuck in a confused state because I could not understand how the Defendant could be rational, to

defend a convicted criminal that was prosecuted lawfully and found guilty.  With monumental

questions at issue in the case; the protection of American elections, it left me floored that the

Defendant and his advisors would be so brazen to flaunt their misconduct involving a threat to a

core democratic process – electing the US president. The Defendant's lack of respect for

American justice caused my anxiety to grow, because the Defendant portrayed himself as having

commonality with convicted felons.

On February 22, 2019, Judge Amy Berman Jackson issued a gag order in Stone's case

because Stone he posted an image on social media of the judge with a crosshairs symbol next to

her head.  Stone also posted on InfoWars, a political and social forum that promotes radical

ideas, that the image was an "occult symbol."  To the average person, a symbol that indicates

targeting by use of gunsights, with hashmarks including a bullseye, the symbol represents a

threat to the federal judge.  Judge Jackson described Stone's conduct has having "engaged in

threatening and intimidating conduct toward the court."  The Defendant and his colleagues

seemed accustomed to threatening, intimidating, and harmful behavior.  By supporting the

person using this symbol aimed at inciting harm, the Defendant's conduct reflects a pattern of

using or supporting intimidation tactics against those he perceives as threats or enemies to

himself, or to his associates forming his power ring.  Judge Jackson offered vital serenity when

explaining that "The truth still exists. The truth still matters. Roger Stone's insistence" that truth

does not matter risks "a threat to our most fundamental institutions, to the very foundation of our

democracy," she said. She added: "The dismay and disgust at the defendant's belligerence

should transcend party." Her clarification that Stone "was not prosecuted, as some have claimed, for standing up for the president," rather, "He was prosecuted for covering up for the president" resonated as I felt that truth was finally shining through the guise of falsehoods, which the Defendant and his associates peddled. The Defendant is reckless because he not only chose to associate himself with Stone and other criminals, but the Defendant also tried to mask their wrongdoings after justice had been served. The Defendant's conduct is extreme and outrageous because he actively and openly promoted ideas that worked against justice, actively subverted federal investigative procedures, and incited hateful aggression against federal authorities, including the court system.

The Defendant's conduct is extreme and outrageous because the Defendant called for a violation of The Whistleblower Protection Act during his impeachment trial. The Defendant disregarded that revealing the whistleblower could be unlawful by violating the act and a threat to national security. Furthermore, the defendant's conduct reflected his priorities – to intimidate others into bending to his will instead of respecting the law. The Defendant treated the entire American public like they were not deserving of the truth, which we rely on to make prudent decisions. In the Defendant's official capacity as President of the United States, the Defendant showed no respect for a Constitutional process, which he swore to uphold by his presidential oath. It felt like the Defendant would risk the American people's voice for his own political gain, as if the Defendant had a stranglehold on America's democratic foundation and was choking the life out of democracy by failing to conduct himself with honesty and integrity. The Defendant's disregard for the rule of law is extreme and outrageous because he conveyed that he is above the law and that following the law is not a requirement, but only an option that he ignored.

Eric D. Wall – Claim                                                                    5/27/2020

The Defendant caused my distress because he appeared to be unable to provide information transparently, and he became unhinged in a way that seemed like his own misinformation tactics confused even himself.  For example, when describing his conversation with President Zelensky of Ukraine about Joe Biden during the Defendant's impeachment process, the Defendant said, "And, you know, he really made it a — it was an offer. It was beyond an offer. It was something where he said, I'm not going to give billions of dollars to Ukraine unless they remove this prosecutor. And they removed the prosecutor supposedly in one hour. And the prosecutor was prosecuting the company of the son and the son." The Defendant appeared to have lost his train of thought while attempting to divert the public's focus away from the Defendant's wrongdoings while under investigation.  By failing to be transparent and provide clear, information, the Defendant indicated that he was willing to subvert the importance of justice for his own safety.  The Defendant caused me to fear that he was hiding his culpability during the impeachment process, and by choosing to deflect from the most serious issue at that time, the Defendant indicated that he could relieve himself of responsibility by distracting the public from the facts during the investigation.  The Defendant's conduct during the investigation caused me mental anguish because instead of allowing the investigation to proceed without his disruption, which would relieve him if found innocent, he tried to cover up his potential wrongdoings.

During the Defendant's impeachment trial for pressuring the President of Ukraine to look into the Defendant's political opponent, the Defendant fired the Ambassador to Ukraine, Marie Yovanovitch, shortly after she testified to Congress about the Defendant's scandalous activities. A cell phone video taken on April 30th, 2018, recorded the Defendant stating, "Get rid of her! Get her out tomorrow."  It was alarming that the Defendant was intent on removing people that

could have information about his alleged misconduct, similar to his treatment of Inspectors General that he removed while acting in the scope of his office. The Defendant's firing of key personnel that might have factual information he would fear caused my anxiety because he went to great lengths to disrupt or block that information from potentially coming forward. The Defendant seemed so desperate to remain in power, perhaps out of fear that he would be caught for his wrongdoings, that he told supporters at a campaign rally in Greenville, NC, in August of 2019, "If you don't support me, you're going to be so g--damn poor." The Defendant's threats are extreme and outrageous because he would have no way of knowing people's financial status in the future, especially without providing valid substantiation. The Defendant caused me to fear that he was again using fear as a manipulative tactic to scare people into voting for him, like a dictator.

The Defendant also appeared to be using his personal attorney, Rudy Giuliani, as a vehicle to perform his foreign interest bidding. Giuliani made trips to Ukraine and other parts of Europe apparently in attempt to secure evidence from foreign parties to help exonerate the Defendant. During Giuliani's CNN interview on 9/20/2019, he claimed that he did not participate in the Biden probe, and said "of course I did." As Giuliani has represented the Defendant as counsel and has claimed that The State Department of The United States asked Giuliani to have Ukraine look into the Biden family - both parties would fall under the control of the Defendant – creating a conflict of interest as Giuliani does not represent the United States. Giuliani said "I never talked to a Ukrainian official until the State Department called me and asked me to do it," when interviewed by Laura Ingraham on Fox News on 9/24/2019, and Giuliani said, "And then I reported to every conversation back to them." The Defendant was reckless by allowing his personal attorney to speak with Ukrainian officials because Giuliani was

Eric D. Wall – Claim                                                                                                5/27/2020

not elected or hired as a government official to perform official business.  The Defendant's

choice to allow Giuliani to seek information from a foreign party about an American citizen

could also violate American privacy laws.

The Defendant's conduct is reckless, extreme and outrageous because it puts the most

fundamental aspect of democracy at risk by seeking foreign help to influence American

elections.  The Defendant's conduct during the impeachment trial was extreme and outrageous

because he was dishonest, and threatened Americans' safety by provoking Americans into civil

misconduct, even civil war, if he were removed. During the Defendant's impeachment, the

Defendant caused my mental anguish that prevented me from getting sleep, as I tossed and

turned, and had regular nightmares. The Defendant made me fear that he was a predator, like a

poisonous spider casting a web to lure his victims into his domain, infecting them with his

vitriol, and leading anyone that doesn't spin his web to their demise.  The Defendant's conduct in

the scope of his office caused me to anxiety because he conditioned the public to accept his

malevolent behavior as "normal," while infecting society with falsehoods and fear, abusing the

liberties afforded in democracy to feed his need for power.

The Defendant acted like he was deserving of praise when praise was not deserved, as

though he was a gift to mankind despite his careless or malicious conduct.  For example, the

Defendant claimed that he deserved the Nobel Peace Prize when speaking to the UN in

September of 2019.  The Defendant stated that he thought the process of choosing a recipient

was biased against him, stating that he believed he "would get a Nobel Prize for a lot of things, if

they give it out fairly, which they don't."  When the topic of the Defendant deserving the Nobel

Peace Prize arose at a press conference following a cabinet meeting, the Defendant said,

"Everyone thinks so, but I would never say it."  This statement is contradicting and untrue, as I

Eric D. Wall – Claim                                                                    5/27/2020

believe people deserving the award must perform outstanding humanitarian work and at least treat others with civility. I also do not believe the Defendant does not deserve the prize. The Defendant also attacked the premise that reporters should receive the Nobel Peace Prize, and the Defendant referred to the Nobel Peace Prize as the "Noble Peace Prize." The Defendant in the scope of his office described himself as a genius, however, it appeared his self-description was only to advertise himself, instead of communicating with intelligence and care.

The Defendant's conduct is extreme and outrageous because he disregarded the laws of armed conflict after striking 50+ sites in Iran, in early January of 2020 when he wrote that the US will target Iranian cultural sites, "some at a very high level & important to Iran & the Iranian culture, and those targets, and Iran itself, WILL BE HIT VERY FAST AND VERY HARD." In response, Defense Secretary Mark Esper had to walk back the Defendant`s extreme and outrageous statement stating that "We will follow the laws of armed conflict," contradicting the Defendant's dangerous and inhumane intentions. The Defendant's disregard for humanity, rules of law, and rules of engagement is extreme and outrageous because he threatens to undo the fundamentals of society that provide people protection. The Defendant also used his Twitter account for discussing domestic and foreign policy matters, which is reckless because it goes beyond the formalities of legislating, and also, because the Defendant indicated that he was in charge of Congress' duties.

The Defendant's conduct is extreme and outrageous because he made representations about the law when he is neither an attorney nor a judge. For example, the Defendant on February 9, 2020, tweeted, "FBI Director Christopher Wray just admitted that the FISA Warrants and Survailence (sic) of my campaign were illegal. So was the Fake Dossier. THEREFORE, THE WHOLE SCAM INVESTIGATION, THE MUELLER REPORT AND EVERYTHING

Eric D. Wall – Claim                                                                                          5/27/2020

ELSE FOR THREE YEARS, WAS A FIXED HOAX. WHO PAYS THE PRICE?", which has

not been verified, and extends beyond the authority granted to him by representing what is legal,

and also, what processes may fall within constitutional powers. The Defendant also referred to

Nancy Pelosi's tearing of a copied speech he gave as "very illegal." The Defendant's conduct is

extreme and outrageous because giving legal advice without a license is unlawful, and the

Defendant disregards this prerequisite when offering his legal opinions. The Defendant also

made statements about medicine when he is not a doctor, for example recommending treatments

for COVID-19 even if those treatments could harm or kill people taking them. The Defendant

also made reference to statements describing himself as the second coming of the lord.

The Defendant recommended forms of Chloroquine to remedy COVID-19 when the

drugs have not been verified as cures, and recommended other treatments that could actually be

dangerous to Americans like ingesting or injecting disinfectants. Under US Code § 2635.702

Use of Public Office for Private Gain, it states that "An employee shall not use his public office

for his own private gain, for the endorsement of any product, service or enterprise…". The

Defendant's endorsement of Hydroxychloroquine, Chloroquine, disinfectants, and light as

solutions to the coronavirus are a direct violation of US Code, and have also been refuted by

health or medical experts.

In addition to the Defendant's extreme and outrageous conduct by disregarding the rule

of law, and the potential conflicts of interest listed above, the Defendant on April 10th, 2020, at

the Coronavirus Task Force White House briefing said, "Here is a company, who is probably

like the greatest company in the world… I think it amounts to 1% of GDP, some people think it's

a half, I think it's 1, but here is one the greatest companies anywhere in the world, maybe the

greatest…". While I believe that the company, Boeing, that he was describing is one of the

89

greatest companies in the world, it would be a violation of US Code § 2635.702 for the president

to promote an enterprise and indicated that the Defendant has no sense of limitations regarding

the law.  Also, on May 8th, 2020 the Defendant tweeted, "Retired Ice Director Tom Homan

knows more about the Border and Border Security than anyone. He's a tough guy, but a good

guy - and as smart as they come. His new book, "Defend The Border and Save Lives: Solving

Our Most Important Humanitarian and Security Crisis" is a ... must read for anybody looking for

U.S. Security and Protection. Go get it now and make Tom a Top Best Seller — he deserves it!"

The Defendant was publicly endorsing products and enterprise. The Defendant's endorsement of

enterprise and a product may be in violation of the provisions of US Code § 2635.702 because

the Defendant promoted a product while acting in the scope of his office. The Defendant's

reckless conduct caused me to fear that he believes he is above the law.  If the Defendant does

not respect the laws and as leader of the free world, he would proceed to act without accord to

rules and regulations meant for sustaining a decent society.   The Defendant caused mental

anguish because he publicly projects that he is above the law and should not be held to the

standards that others in society are held. The Defendant's conduct also causes me to believe that

his disregard for the rule of law is meant to show his unwavering attempt to obtain unlimited

power.

      The Defendant's conduct is extreme and outrageous because he failed prepare against the

pandemic disease spreading throughout the United States, and stated that he was "not concerned"

about the harm it could cause.  A United States President lacking concern about grave harm

facing the nation's people is extreme and outrageous.  Moreover, his conduct that supports his

lack of concern by failing to supply our health professionals has cost thousands of American

lives.  The Defendant's disregard for government officials' roles, tactical undermining of

Eric D. Wall – Claim                                                                          5/27/2020

governorship, and use of disinformation has risked hundreds of thousands of American lives

causing tens of thousands of American deaths, which is intolerable in a civilized society.  Instead

of protecting Americans, the Defendant risked American lives and the American way of life by

ignoring the importance of government stability, and by ignoring health and intelligence

officials' warnings.  As a result, America now faces a catastrophic epidemic from the COVID-19

outbreak because of the Defendant's recklessness putting his power above the needs of

Americans.

        The Defendant's firing of Navy Captain Crozier after the Captain pleaded for American

troops to be removed from The USS Theodore Roosevelt is a reckless decision that overlooks the

lives of our soldiers.  As the Defendant became aware that cruise ships have been a source for

the COVID-19 virus to spread - taking lives at an alarming pace onboard - the Defendant's

decision will likely cause unnecessary loss of American troops' lives that could have been

prevented.  This recklessly endangers many if not all sailors aboard The USS Theodore

Roosevelt by disregarding the pleas from her former Captain.  The Defendant's choice to

sacrifice a longstanding member of the US Armed Forces is extreme and outrageous because the

Defendant ignored the Captain's warnings as American troops were in grave danger.   US Navy

Personnel are trapped aboard a carrier with disease spreading within its walls, exemplifying the

Defendant's extreme and outrageous attitude against taking logical steps to protect Americans

from danger. As Commander in Chief, the Defendant has endangered our troops' lives the same

way he endangered civilian lives, by disregarding the pleas from experienced professionals

warning the Defendant of impending doom. The Defendant also said that the "Wall" is

preventing spread of the COVID-19 from Mexico, which has been refuted by experts, especially

as The US has become the epicenter of the disease.  In reality, the Wall would be protecting

countries south of The United States from the disease spreading from the US because the Defendant failed to adequately protect the US against COVID-19.  While the Defendant has been constantly preoccupied with the "Wall" I anguish because the Defendant is incapable from an average person's standard to reasonably take proactive measures to protect against further harm.

During the COVID-19 outbreak in America, the Defendant proclaimed that he wants governors of certain states to be appreciative of him, as if a prerequisite for receiving federal aid or supplies needed.  There should be no prerequisite or gesture required for saving Americans' lives, but the Defendant appeared to be extorting Americans' safety by forcefully requiring governors to accept his terms in order to receive aid. It is extreme and outrageous to hold Americans' lives and livelihoods hostage in order for the Defendant to brand his name on federal aid provided to our nation, also exemplified by his delaying stimulus so he can sign his name on each check meant for the American taxpayer. Also, this quid pro quo standard is reminiscent of the same grounds upon which the Defendant was impeached, for withholding financial aid to Ukraine.

Furthermore, when the US Postal Service asked for help due to financial issues caused by the corona virus, the Defendant stated, "The Postal Service is a joke. Because they're handing out packages for Amazon and other internet companies, and every time they bring a package, they lose money on it." The Post Office is a necessary service that delivers my medicine, among other necessary correspondence.  It should be noted that Jeff Bezos, owner of Amazon, also owns the Washington Post, which the Defendant criticized for giving the Defendant unfavorable coverage.  The Defendant proceeded to say, "The Post Office should raise the price of a package by approximately four times" and, "If they don't do it, I'm not signing anything and ... I'm not authorizing you to do anything." While the Defendant may have been encouraging the Post

Office to raise its prices, his method of demanding action as a perquisite for receiving financial aid remained consistent. The Defendant's treatment of federal aid is extreme and outrageous because he regularly used it as leverage to harm his perceived opponents, to help himself, or both. By disregarding the value of the US Postal Service, a national service that has been instrumental to delivering information to the American people for over a century, the Defendant conveyed that he was willing to let a public service on which people depend fail because the Defendant failed to protect against COVID-19 harms to the American people and to the US Postal Service. Furthermore, I depend on the US Postal Service to deliver my medication, and the US Postal Service would be instrumental in allowing mail-in ballots for the upcoming election. The Defendant's choice to subvert their funding and risk their operations caused my anxiety because it felt like the Defendant was trying to control voters' ability to vote.

The Defendant has a history of racist conduct that shows his disdain for certain groups of people. For example, in Trumped!, a book written in 1991, John R. O'Donnell, a former president of Trump Plaza Hotel & Casino, memorialized that the Defendant said "laziness is a trait in blacks," and that "Black guys counting my money! I hate it. The only kind of people I want counting my money are little short guys that wear yarmulkes every day." The Defendant later acknowledged his comments when interviewed by Playboy "The stuff O'Donnell wrote about me is probably true." (5/97; cited in Huffington Post, 4/29/11). Prior to the release of "Trumped!" the Defendant purchased newspaper ads suggesting that five minors aged 14 to 16 years old, four of them African-American and one Latino, should be executed after a woman was raped while jogging in Central Park, NY. However, all five of those people arrested were exonerated after investigations revealed they were convicted due to false confessions, and that the crime was committed by a one person – a serial rapist – not one of the five boys. The

Defendant's conduct extends beyond the tolerable bounds of decency in society because he stereotypes groups of people and lashes out with hate speech to demean them.  As the leader of the free world, the Defendant's conduct is a horrific example because he rips apart the societal fabric that binds us as a people under one flag.

The Defendant instigated harmful divide between people of different religious, ethnic, or racial backgrounds.  For example, the Defendant in discussion involving Haiti and Africa said in January of 2018, "'Why do we want these people from all these shithole countries here? We should have more people from places like Norway." Coincidentally, the population of Norway is estimated to be about 87% white according to reports, but Norway has an estimated 8.5% unemployment rate.  It appeared that the Defendant was willing to overlook the importance of a key economic indicator, which he emphasized as important, so long as the population he thought America invites, is white. In addition to the Defendant's history of denying black people the ability to rent from his properties, it remains that he referred to people with black or African American origins as being from "shithole countries."  The Defendant's comments aimed at being unsupportive of people from Haiti or African nations reflects his stance that only certain types of people are deserving of humanitarian treatment. The Defendant also stated when referring to human beings with dark skin pigment, "I have a great relationship with the blacks," illustrating that he sees human beings as a color and not as people that live, breathe, and engage in regular activities that Americans enjoy. The Defendant's conduct is extreme and outrageous because he damaged the social fabric in society to the point where it feels no-longer existent.  Citizens of the US took to social media following the Defendant's remarks to give him praise about his damaging comments about people coming to the US from "shithole countries." The Defendant substantially disregarded the fact that America was built by immigrants and has a diverse

population and caused societal divide that prompted Americans to replicate lynching in the American south.

The Defendant appeared to gentrify American society and harm minority communities. For example, black American people or African American people alone comprise about 13.5% of the US population, while white American people alone comprise about 76.5% percent of the population according to The US Census Bureau.  Compared to the percentage of people receiving food assistance, black or African American people comprise about 22.5% of all recipients according to data compiled by the Department of Agriculture.  This statistic indicates that black or African American people comprise a higher percentage of food assistance recipients than the percentage of the total US population they comprise.  While the Defendant claims he is not racist, pushing to reduce the number of people receiving food stamp assistance would be reckless because black and African American members of society would endure more suffering. The Defendant's conduct ignoring the demographics of American society, especially minority people's need for assistance is extreme and outrageous because his conduct would create an undue burden on people that already face financial hardship.  Furthermore, the Defendant's reckless conduct is extreme and outrageous because he pushed for stricter conditions for people to receive SNAP benefits during the coronavirus outbreak.  Such a move indicates the Defendant's disregard for Americans' health and safety and potentially puts even more American lives at risk.  Had it not been for a US District Court ruling finding the Defendant's administrative polices "arbitrary and capricious," the Defendant would have risked hundreds of thousands of Americans lives that are dependent on SNAP. The Defendant's conduct was abhorrent and intolerable in a civilized community because he held a double standard and portrayed having a contrived racial ideology. The Defendant's conduct caused me to fear that he

Eric D. Wall – Claim                                                                    5/27/2020

was a conman that could harm anyone, and then try to mask his conduct, so long as doing such would advance his personal or political endeavors.

The Defendant has been accused of sexually abusing twenty-five individual women. In response to one of the allegations, the Defendant denied responsibility trying to justify himself by saying, "No. 1, she's not my type. No. 2, it never happened. It never happened, O.K.?" The Defendant repeatedly used The Defendant has gone beyond the limits of decency by defending his statements about women like, "just start kissing them. It's like a magnet. Just kiss. I don't even wait. And when you're a star, they let you do it. You can do anything. Grab them by the pu**y. You can do anything," endorsing sexual abuse as if it were an invitation. Allegations brought against him for sexual misconduct caused me to fear that the Defendant is a serial abuser, dishonest, and by avoiding responsibility he puts the nation in harm's way. Going beyond the bounds of decency, the Defendant said "I've said if Ivanka weren't my daughter, perhaps I'd be dating her", as though the Defendant has no idea where the bounds of decency exist. The Defendant's administration defended his indecent conduct by playing it off like locker room banter, which goes beyond the tolerability of civilized society because sexual harassment and sexual misconduct is not tolerable behavior. As someone who supports organizations that stand against violence against women and domestic violence, it is alarming that the Defendant in his official capacity failed to enact The Violence Against Women Act, in conjunction with his conduct with women. I became fearful in the first year of the Defendant's presidency that he would treat America and her people abusively, like a serial abuser or a dictator subverting protection for his people.

Similar to the Defendant's verbal abuse on women and minority communities, the Defendant also made ethnic or racially focused attacks on other US representatives. For

example, the Defendant said "go back and help fix the totally broken and crime-infested places from which they came" referring to Representatives Ilhan Omar, Rashida Tlaib, and Alexandria Ocasio-Cortez, all women with minority representation in America.  However, two of the three representatives were born in America and one immigrated to the US.  Further, the Defendant accused Ilhan Omar of praising the terror organization al-Qaeda.  The Defendant's conduct is extreme and outrageous because his claims have been confirmed as false and because his conduct is aimed at instilling Americas' fear of a United States elected representative.  To make such an outrageous accusation without justification is beyond the bounds of decency in society because it could have criminal and potentially fatal repercussions, because al-Qaeda is a known terrorist group that the US has been fighting a war against almost two decades. It is extreme and outrageous to state that a sitting US representative is part of a terrorist organization, especially when unfounded.  The Defendant also engaged in a dispute with Gold Star Family Khan over the Defendant's travel ban on Muslim people. The Defendant said, "Mr. Khan, who is all over the place doing interviews, but rather RADICAL ISLAMIC TERRORISM and the U.S. Get smart!" The Defendant's travel bans on Muslim people is an example of an attack against an ethnic group, which is intolerable because it discriminates against people of a certain ethnicity.  As someone who had his heart set on joining the United States military since I was a teenager, it is appalling that the Defendant would insult a fallen soldier's mother after her son sacrificed his life for our nation.  While it may be possible for some people to shrug the Defendant's conduct off as simply silly, I cannot, because I have feared for so long that the Defendant would be incapable of making prudent decisions based on his history of attacking others and advertising his own agenda instead of equally supporting American people.

In 2018, the Jewish community suffered antisemitism at near-historic levels. The Anti-Defamation League's (ADL) Audit of Antisemitic acts in the US recorded a total of 1,879 attacks against Jew and Jewish institutions, making 2018 one of the most dangerous years for American Jewish people over forty years, according to information gathered by the ADL. The amount of victims from antisemitic assaults more than doubled from 2017 to 2018, and the total number of incidents reported in 2018 were 49% higher than the total number of incidents in 2016, and, 99% higher than in 2015. Resurgence of national antisemitism shook the Jewish community on October 27, 2018, when a gunman opened fire killing eleven people while praying and wounding six, including police, marking the single worst act of domestic terror against Jewish people in American history. The Defendant's conduct set the tone for cultural animosity because he regularly and publicly provoked hostility. By creating a culture where hostility against political parties, the media, groups of people and individuals, the Defendant exemplified that aggression is acceptable and by his standard operating procedure, routine. As religious leaders condemned hate speech for being a culprit inciting violence against the Jewish community, members of the Jewish community feared that antisemitism would be on the rise because hate speech was becoming more prevalent. While the Defendant claimed he was the least racist person, he leveraged Jewish voters by saying that they would not be loyal to Israel if they did not vote for him. The Defendant's use of race and religion was extreme and outrageous because he threatened people's loyalty to their ancestral roots if they did not acquiesce to his political needs. While driving to Florida in December of 2018, I grew increasingly fearful that my life was at risk because the Defendant failed to manage the risk of harm from white nationalism, and while ignoring other major risks at that time, I ended up in the hospital with a panic attack on December 25th, 2018.

Eric D. Wall – Claim                                                                  5/27/2020

On January 15th, 2019, news broke that Rep. Steve King (R-Iowa) was removed of his

committee assignments because he made statements that indicated "white supremacy" and "white

nationalist" were not offensive terms. House Minority Leader Kevin McCarthy (R-Calif.) said

King's comments, which he made to The New York Times, were "beneath the dignity of the

Party of Lincoln and the United States of America." I began to have flashbacks of the Defendant

stating that white nationalists in Charlottesville were "fine people," and feared that white

nationalism was growing rampantly in society and governance because the Defendant set a tine

that white nationalism was acceptable.  On that same day, news broke that the Defendant

rejected a proposal to temporarily reopen the government, for which Senator Lindsey Graham

(R-S.C.) was advocating. Reports indicated that Graham, one of the Defendant's close contacts,

tried to persuade the Defendant to commence negotiations with Democrats for the border wall

and other border security measures. The Defendant responded, "I'm not interested. I want to get

it solved," however, the Defendant proceeded to blame the Democrats for being unwilling to

negotiate, when the Defendant had rejected proposals to work towards a negotiation.  For

example, when the Democratic leaders requested that the Defendant reopen the government, the

Defendant tweeted on January 16th, 2019, "It is becoming more and more obvious that the

Radical Democrats are a Party of open borders and crime. They want nothing to do with the

major Humanitarian Crisis on our Southern Border."  The Defendant's statement was untrue

because the Democrats had offered $1B to fund border security to avoid the shutdown.  The

Defendant caused me to panic because his refusal to negotiate felt like he was holding the

nation's security and taxpayers' federal services at ransom for his border "Wall."  Furthermore,

the Defendant took the shutdown as opportunity to attack individual members in governance.

For example, during the shutdown, the Defendant made personal attacks against Nancy Pelosi,

Chuck Schumer, and Elizabeth Warren.  The Defendant went so far as to say on January 16th,

2019, Warren should have made a statement about her heritage "from Bighorn or Wounded Knee

instead of her kitchen, with her husband dressed in full Indian garb," which was directly

offensive to Native American people and their heritage.  On that day, I looked at the Native

American decorations in my house because I respect their culture and teachings – such as

conservation and honoring nature - and felt like the Defendant was harmful to almost everything

I hold dear.  The tension and anxiety grew to a point where I felt the need to free myself from the

environment the Defendant created, one that caused me to fear for my life and safety as he held

the nation hostage for his "Wall," and attacked Americans living under his domain.  On January

16th, 2019, I took my motorcycle for a ride to free my mind of anxiety the Defendant caused me

to feel.  However, it was not helpful because in my anguished state I did not operate the

motorcycle as I normally would have and crashed, leaving me with extremely painful injuries.

In addition to the Defendant's statements, the Defendant supported and surrounded

himself with people that exhibit racist behavior.  For example, the Defendant awarded Rush

Limbaugh the Medal of Freedom, which stands for outstanding civil service.  However, Rush

Limbaugh has degraded minority members and organizations that support minorities in

American society.  For example, when referring to America's black and African American

people, Limbaugh said, "They're 12 percent of the population. Who the hell cares?" and that

"Black frame of mind is terrible," and referring to President Obama's administration that "We

need segregated buses."  Furthermore, Limbaugh proclaimed that America "didn't have slavery

in this country for over 100 years because it was a bad thing… it had its merits. For one thing,

the streets were safer after dark." Additionally, Limbaugh said "The NAACP should have riot

rehearsal. They should get a liquor store and practice robberies."  Such proclamations are

extreme and outrageous because they are dangerous, and aimed at normalizing the torture that

black and African Americans experienced throughout America's era of violent domestic history.

The Defendant's honoring Rush Limbaugh with the Medal of Freedom illustrates his support for

Limbaugh's conduct, which is not tolerable in a civilized community.  Moreover, the

Defendant's support for hate-filled racist conduct exemplifies his affection for dangerously

harmful conduct.  The Defendant's conduct as President of The United States caused pain to

American society, and embedded a seed of lasting fear that he would continue his trend of

supporting abusive conduct.  For example, the Defendant referred to people protesting George

Floyd's death at the hands of a Minneapolis police officer that suffocated him on May 25, 2020,

as "thugs."  The Defendant stoked tensions by stating that lootings will lead to shootings as a

threat to people supporting the "Black Lives Matter" movement. The Defendant said, "When the

looting starts, the shooting starts" in reference to a Miami policeman's statement in the 1960s

that also said, "We don't mind being accused of police brutality." The Defendant's conduct is

extreme and outrageous because he was in the position to help remedy concerns about racial

violence but he chose to undermine the Democratic mayor of Minneapolis and exacerbated

tensions like it was a political opportunity upon which the Defendant could capitalize.

In comparison to the Defendant's racist conduct, Supreme Court Justice Clarence

Thomas once said, "You didn't think of angels as white or black. They were angels." If the

Defendant were to remove his racial bias from his understanding of living beings, he would

understand that skin color does not predicate people's nature or nurture, nor should people be

isolated and treated differently because of their born traits.  The Defendant defended his race-

focused statements by saying that he is "the least racist person there is," which is likely untrue if

other people are less racist than the Defendant.  The Defendant's conduct caused me to fear that

he has been conditioning society to tolerate reckless and harmful behavior so long as it serves his agenda.   Therefore, the Defendant's conduct is extreme and outrageous because it has been aimed at demeaning certain individuals. For example, the Defendant verbally assaulted groups of people including women, minorities, reporters, members of governance, and he has undermined the value of government officials by surrounding himself with people that align with his racially skewed views. The Defendant is extreme and outrageous because he made threatening statements using speech creating instability and violence, using fighting words to intimidate people, which is toxic to operating a functional government and toxic to society.

The Defendant substantially disregarded the risk of causing severe emotional distress from his handling of the coronavirus. In addition to the Defendant's use of misinformation while fatal risk faced the nation, the Defendant weaponized the coronavirus when speaking at a campaign rally on February 28th, 2020, by calling it "their new hoax." The Defendant was attempting to use the disease as a tool to leverage disdain against his political opponents, when the disease did not discriminate against any American, and in fact caused greater harm to people in predominantly Democratic US states. The Defendant's conduct is extreme and outrageous because the disease is not a hoax and treating it without serious care is causing severe damage to The United States.   Exacerbating the harm, the Defendant conducted himself in his abusive manner by blaming others for his failure to protect the nation.  Even worse, the Defendant failed to be transparent with the American public about the risk, and made false statements about America's preparedness against the disease as Americans cry for personal protective equipment, testing kits, ventilators, and other necessary protocols that he failed to supply.

The Defendant's attack on political rivals has been pointed at demoralizing them while acting in the scope of his office.  For example, he called Nancy Pelosi, Speaker of The House of

Representatives, "a sick puppy," a direct insult aimed at undermining Americans' faith in

governance, and at a time when Americans are getting sick by the hundreds of thousands, and

tens of thousands of Americans are dying.  The Defendant catered to beliefs that manipulate

people's fears into organizing Americans against one another as a matter of safety. Examples

include the Defendant's threatening to imprison political rivals and recommending that The

Justice Department defend his interests like a method of personal protection against lawful

inquiries.  As a result, I have feared that our nation is being represented by a criminal with

complete disregard for societal wellbeing.  The Defendant's attack on political rivals has been

pointed at demoralizing them throughout his presidency and during the current crisis. Dividing

the nation is reckless because it exposes Americans to verbal lashings by one another, which the

Defendant provokes on his social media and through public platforms.  Instead of working with

members of governance the Defendant failed to take accountability and blamed others for his

failures.

The Defendant's conduct is extreme and outrageous because he operated the US

Government like a family business as he placed people with family ties in high government

positions, regardless of underqualification.  For example, Ivanka Trump and Jared Kushner work

in the White House along with Rudy Giuliani's son and Willaim Barr's son-in-law. Barr's oldest

daughter works in the Treasury Department.  Eric and Donald Trump Jr. have continued

conducting international business on behalf of the Trump Organization.  Reports also indicate

that Ivanka Trump accepted Chinese trademarks related to her fashion business and that Saudi

Arabian grants came into question that went to a World Bank fund she helped create. Reports

also indicate that companies run by the Defendant's family were formed to produce supplies

upon learning of the coronavirus outbreak.  The Defendant's building an empire using the US

Eric D. Wall – Claim                                                                                      5/27/2020

Government as a vehicle to benefit himself or his family, would also be a conflict of interest.

The placement of family and friends that have little or no experience in governance is extreme

and outrageous because it puts the Defendant's personal ties above the needs of the American

people.  By having underqualified people act on behalf of the nation, the Defendant's conduct is

extreme and outrageous because he risked objectivity in governance for his personal and political

benefit.  The Defendant accumulated thousands of potential conflicts of interest, which indicated

that he was using the executive office to benefit his private enterprise by using his name-branded

properties for official business.

      The Defendant treated the government like a casino rigged in his favor, which caused me

to fear that he abused the balance of powers and disregarded state sovereignty.  For over two

years the Defendant made me fear that no person would be free from harm he caused if anyone

were to disagree with his conduct or stand in the way of his power.  The Defendant's

undermining of governance was a severe risk to the health of our nation that causes ongoing

concern. The Defendant's extreme and outrageous conduct exposes the nation to harm, causing

me mental anguish. If the US were symbolic of a tree of life, the Defendant debarked and

stripped that tree of its fundamental protections as the Defendant verbally degrades members of

governance, devalues the role of government staff, and makes hostile remarks about American

citizens. The Defendant is reckless because he treated groups of American people with hostility

causing me to fear that no person would be safe from his extreme and outrageous conduct

without acquiescing to his demands.

      The Defendant's use of fabrications and misdirection about the severe risks that face the

nation caused my mental anguish to compile.  The Defendant caused me severe mental anguish

because he suffocated the life from democracy, acted abusively towards others, disrupted

government functionality, risked Americans' health and safety, and failed to be factual and transparent when providing accurate information was vital. The Defendant also created a culture of fear within American society, instigating harm and divide across the nation. While in his official role the Defendant treated serious matters with reckless disregard and caused mental anguish because he operated the US government like a casino rigged in his favor. The Defendant intentionally undermined American leadership in order to portray superiority over Congress, state leadership, and the American people. I tried repeatedly to accept that political rivalry is normal, but I could not convince myself that the Defendant's careless, reckless, harmful, and angry public displays towards others - could be acceptable in our society.

The Defendant's conduct is so reckless by example that if future leaders were to follow his model, it is likely that our nation would suffer from worse civil conduct. In a civilized society, people should be outraged by the Defendant's conduct because tolerating his conduct would extend the bounds of decency to allow further recklessness. If society becomes further conditioned to normalizing the Defendant's extreme and outrageous conduct, America may become blind to the deceptiveness and division that tears apart unity, which feels like a tearing apart in my soul. Such conduct is unacceptable in a civilized society and should be deemed extreme and outrageous because conduct that jeopardizes American democracy and Americans' safety. If extreme and outrageous conduct becomes more normalized, America will suffer from further divide and society will slide down a slippery slope reversing societal evolution.

The Defendant's conduct is extreme and outrageous because the Defendant acted like he was above the law. The Defendant's conduct is extreme and outrageous because he weakened the United States' ability to be proactive against harm, and worse, the Defendant has been the cause of harm for several years. The Defendant here had an obligation to protect the US and

uphold the US Constitution by taking the presidential oath, which he abused. The Defendant here also had the responsibility of conducting himself within the tolerable bounds of decency in society, which he violated. As the Defendant here is the highest elected member of The United States Government and is responsible for managing risk of harm to the United States and her people, his conduct stretched beyond the bounds of decency in society because he purposefully humiliated people that merely disagreed with him, intimidated members of US governance and members of the US public, and created distrust for US governance and government services that provide national security. The Defendant also exposed America to harm, subverted American democracy, promoted public disdain for the media against the Constitutional provisions afforded to protect a free press, used fabrications to steer people's thinking, disregarded the rule of law, failed to prepare the US against harm and downplayed serious risks, and divided society. The Defendant's reckless conduct caused harm to America and her people because he repeatedly slithered around truth when honesty, transparency, and taking accountability were necessary to prevent harm and to manage risk appropriately. Additionally, the Defendant undermined America's ability to manage risks, causing my severe emotional distress.

The Defendant ignored critical risks and failed to appropriately safeguard The United States from harm. The Defendant also failed to maintain critical government operations and ignored officials' warnings to protect America. The Defendant is reckless because he undermined American democracy by failing to respect the US Constitution and treated the US like he was a monarch. Furthermore, the Defendant conducted himself outside the tolerable bounds of decency in American society because he degraded members of US governance, divided society, and risked Americans' health and lives including my own. The Defendant also made statements that were inconsistent with the truth and risked America's national security. The

106

Defendant caused me to live in a distracted haze because he caused made so many false or misleading statements that I thought I was losing my mind.  The Defendant caused me to fear a lingering cloud of impending doom over my daily existence, under which I could not operate or function normally.  Had the Defendant conducted himself with reasonable care, and not in careless, reckless, extreme or outrageous ways, I would have been able to focus on my regular duties and activities.  If the Defendant conducted himself within the reasonable bounds in a tolerable society, I would not have suffered from mental, emotional, and physical injuries.

The Defendant's treatment of information is like the Defendant's use of misinformation in Halio, because the Defendant made statements inconsistent with the truth and misled the public.  The Defendant went so far as to risk national security to protect his potential wrongdoings and held the American people's safety hostage by subverting government operations.  This case in unlike Halio because I was not romantically involved with the Defendant nor did he send a letter to me personally, however, the Defendant used my last name and threatened my safety.  The Defendant caused me to fear for my life because he undermined national security and risked Americans lives while acting in the official scope of his office. The Defendant also intentionally subverted principles of American democracy, downplayed the need to protect US elections, verbally abused members of governance, chastised people that disagreed with his conduct, and repeatedly failed to be consistent with factual information causing my mental anguish. In addition to the Defendant's conduct described in the above sections that caused my mental, emotional, physical, and financial harm, the Defendant acted with wanton disregard of the law, which caused me to live in a state of constant anxiety because the Defendant acted like he could not be held accountable for the harm he caused.  Therefore, by

failing to refrain from causing my severe emotional distress, the Defendant should be held liable for the Intentional Infliction of Emotional Distress.

The Defendant's conduct caused me severe mental, emotional, and physical injuries. Due to my cognition impairment resulting from the Defendant's conduct and the ensuing 2017 baseball injury, I had to undergo shoulder reconstructive surgery.  At the time I was preparing myself to be a volunteer firefighter and was about to be fingerprinted to complete my application.  As a result of the breaking my shoulder and needing reconstructive surgery, my dream of being a volunteer firefighter was shattered.  I spent a year recovering from the shoulder injury, during which I had trouble eating, sleeping, dressing myself, washing myself, and lived in constant pain.  During that time, The Defendant caused me panic attacks and anxiety that has lasted for over two years. It is my responsibility to care for the property where I live, which has incurred damage because I have been unable to perform maintenance as I normally would since breaking my shoulder.  For example, I was unable to sufficiently perform landscaping, pool maintenance, deck sanding and finishing, small repairs to the interior walls and piping including painting and sealing, among other tasks.

The Defendant's conduct during the Russia investigation caused me to fear for my life leading up to and during the 2018-2019 government shutdown. I was desperate to free myself from the tension and anxiety the Defendant caused me, and as a result of the motorcycle accident on January 16th, I had trouble walking, purchased canes, I have been unable to engage in regular activities or live my life normally taking care of personal and household duties. The damage to the property where I reside incurred damage because I was not healthy enough maintain or repair the property where needed because of my injuries. During and after the government shutdown, I have received several notices that my personal information was compromised from cyber

Eric D. Wall – Claim                                                                    5/27/2020

breaches and I do not know how the information is used today, causing me further anguish.  I have been unable to celebrate a national or religious holiday since my motorcycle crash on January 16, 2019 due to severe pain and have seen multiple doctors to restore regular use of my foot, which still causes me pain to this day.  I had to purchase a cane to walk, and a temporary handicap decal for parking in addition to the care I received.

I have not been able to regularly attend work at the office since the July 1, 2019 accident in New York City, but do my best to work remotely.  I suffered a serious concussion as the left temple on my head impacted a hard object in the vehicle.  The concussion left me with visual impairment, dizziness, nausea, difficulty balancing when standing up and walking when rising from a laying or sitting position, earaches, difficulty hearing, and headaches at least four days a week that feel like my head is going to explode.  In the two months immediately following the car crash on July 1, 2019, a major website project I had been working on for years had been delayed because of my absence from work. I usually make donations to various charities and support my local first responders but have been unable to maintain those commitments due to my financial hardship because of my injuries.

In early 2019 I adopted a rescue puppy that a doctor certified as an emotional service animal because I need him by my side for comfort.   However, I have been unable walk him as I should be able, and from letting him walk in my backyard he comes back with ticks regularly nor afford regular veterinary care for him because of my injuries and economic harm suffered.  I could not attend my cousin's wedding in October of 2019 that I confirmed attending, following my car accident on July 1, 2019. I have also put on over 25 pounds as I struggle to maintain my physical fitness.  I have not been able to date much, as I experience dysfunction and have been prescribed medication for engaging in romantic activities.  I have also been unable to vacation or

109

engage in sports, flight training, or leisurely activities that I purchased prior to the accidents. I am a volunteer board member of the New Jersey Jewish National Fund that meets monthly, and have not been able to attend our regular in-person meetings, except for a 2019 winter reception that I had to leave early as I felt a panic attack coming.  Due to my financial hardship stemming from my medical and injury related expenses, I also have not been able to meet monthly bills or make regular donations to charities I used to support.

As a result of my mental and physical injuries the Defendant caused me, I have been prescribed medication to help control my anxiety, depression, pain, and to help me regain focus. As a result of anxiety and selling my Jeep in January of 2019, I had to take ride-share services to go where I needed.  As a result of my motorcycle accident, I have been unable to meet my financial obligations and incurred a dozen or more overdraft fees from my bank account, as well as credit card fees for exceeding credit limits because daily life has become nearly impossible to balance from the Defendant's conduct causing my injuries.  I have taken out loans and credit cards to pay for services needed, and my credit score nosedived about 170 points.  I also hired a credit repair firm to help improve my credit score but could not afford the ongoing cost.  I have been purchasing supplies to help my cognition return, calm anxiety, restore my ability to sleep, and other healthcare products.

Prior to my motorcycle accident on January 16th, 2019, I was looking to purchase my own first home but decided to forego searching when the Defendant made me fear it was unsafe to live near a major American city. In December of 2019 I resumed my search and began the process to secure a mortgage. However, after finding the house that I liked, I was too injured and did not have the financial ability or credit score to take a mortgage because of the motorcycle and car accidents.  I have lived the majority of the last 9 months in isolation due to my fear that

Eric D. Wall – Claim                                                                                          5/27/2020

further harm would render me in a worse state.  I do not drive unless necessary, due to my fear of

getting into another crash as I am constantly distracted by worry because the Defendant

continues his reckless and careless conduct attacking other people and disregarding risk.  I got

lost when searching for my psychiatrist's office located in a nearby town in December of 2019,

because of my head injury leaving me with a sense of unfamiliarity.  Since the car accident, I

have also experienced shooting pain in my left ear and difficulty hearing.  I may live the rest of

my life in constant pain with throbbing tension headaches from the suboccipital nerves that

connect to my scalp.  I wake in the morning with severe pain shooting from my spine to my

back, and from my back to my arms and legs.  Throughout the day, it feels like a grenade

exploding in my spine with shrapnel ripping through my extremities. To this very day I am

unable to fold clothes properly, perform the wash as I normally would, and my sense of timing

and distance is still disrupted as I struggle with cognitive disruption.

Although my life is torn apart, I pray I will one day recover and that I am able to restore

my full abilities. As a result of the Defendant failing to adequately safeguard the United States, I

live in pain, and I feel trapped, helpless, and hopeless.  As a result of my injuries, I have been

unable to perform my abilities to my fullest.  I must remain home in solitude with anxiety

compounding because the Defendant failed to adequately protect The United States against

COVID-19.  My duties as a risk management consultant have been suffering because I have been

less able to concentrate from my injuries and anxiety, and my anxiety continues to mount as

business clients are suffering from COVID-19 harm, with risk of loss increasing because the

Defendant failed to protect the US appropriately.   During the COVID-19 outbreak, I have

reached out to family members that have been concerned about my health, including my sister

that has helped calm me during anxiety attacks, similar to when she helped me get to the hospital

Eric D. Wall – Claim                                                          5/27/2020

in Florida in December of 2018.  Since the COVID-19 social distancing guidelines, because I

live in a high-risk area of the country, I have been unable to see my physical therapist.  As a

result, I took two medications to help cope with the pain I experience on the daily, which caused

me to have lasting stomach issues – as if my stomach lining has been burned. I have also been

taking vitamins, medicine, turmeric and CBD supplements to help reduce chronic pain and

anxiety, which may last for the rest of my life.

As a result of the mental, emotional, physical, and economic and noneconomic damages the

Defendant caused me, my prayer for relief is $77,000,000.

Eric D. Wall (Plaintiff)