Received by the Pro Se Office
7/29/2020-KC



**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 29 2020 ★

**BROOKLYN OFFICE**

7/27/20

Wall, Case No. 20-cv-2456

Dear Judge Mauskopf,

I hope this letter finds you safe and well.

I am writing to inform you that I sent a copy of the complaint and summons by Priority Mail for Civil Action No. 20-cv-2456 to the Defendant – Donald Trump, the Attorney General of The United States - William Barr, and to Brooklyn District Attorney - Eric Gonzalez, on July 1st, 2020. I have not yet received an answer to the complaint.

I thought that I was compliant with Mckinney's Consolidated Laws of New York, Civil Practice Law and Rules Chapter 8; Article 3; Statute 308; Section 2, by "mailing the summons to the person to be served at his or her last known place of residence" in accordance with New York's local rule.

I also thought the method of service was in compliance with Federal Rules of Civil Procedure Rule 4; Section (i) Serving the United States and its Agencies, Corporations, Officers, or Employees; Subsection (1)(A)(i); and Section (B); and Section (3) "Officer or Employee Sued Individually" requiring compliance with Rule 4; Section (e) "Serving an Individual Within a Judicial District of The United States." Therefore, I ask you the following:

1. Is the service process complete?
2. Am I required to know to whom delivery was made at the Defendant's last known place of residence?
3. Am I allowed to complete the Proof of Service form myself to file with the court's clerk?
4. If service is not complete, am I required to use a process server?
5. If I need to use a process server, would I need an official copy of the complaint with the court's documentation on the complaint, to provide to the process server for service?

I am attaching a copy of the United States Postal Service receipt indicating the date of the mailings, which also include the tracking numbers confirming that delivery of copies of the complaint and summons were made on **July 7th, 2020**.

Please let me know as I still experience post-concussion and anxiety symptoms, as well as financial difficulties, and do not wish to delay the court or the service process.

If necessary, I will also file the proper form to request an extension.

Thank you.

Sincerely,

Eric D. Wall (Plaintiff)

Eric D. Wall (Plaintiff)
Civil Action No. 20-CV-2456
Copy of Mailing Receipt
Sent to the Defendant,
Attorney General of
The United States,
and to the District
Attorney in Brooklyn, NY.

```
           SADDLE RIVER
    177 E SADDLE RIVER RD STE 2
      SADDLE RIVER, NJ 07458-9998
              337500-0723
             (800)275-8777
           07/01/2020 12:42 PM
========================================

Product              Qty   Unit     Price
                           Price
-----------------------------------------
PM Exp 1-Day           1  $26.50   $26.50
Legal Env
    Domestic
    BROOKLYN, NY  11201
    Flat Rate
    Signature Requested
    Scheduled Delivery Day
    Thursday 07/02/2020 12:00 PM
    Money Back Guarantee
    USPS Tracking #
    EJ154034084US
PM Exp Insurance                    $0.00
    Up to $100.00 included
PM Exp 1-Day           1  $26.50   $26.50
Legal Env
    Domestic
    WASHINGTON, DC  20530
    Flat Rate
    Signature Requested
    Scheduled Delivery Day
    Thursday 07/02/2020 12:00 PM
    Money Back Guarantee
    USPS Tracking #
    EJ154034053US
PM Exp Insurance                    $0.00
    Up to $100.00 included
PM Exp 1-Day           1  $26.50   $26.50
Legal Env
    Domestic
    WASHINGTON, DC  20500
    Flat Rate
    Signature Requested
    Scheduled Delivery Day
    Thursday 07/02/2020 12:00 PM
    Money Back Guarantee
    USPS Tracking #
    EJ154034053US
PM Exp Insurance                    $0.00
    Up to $100.00 included
-----------------------------------------
Total:                             $79.50
-----------------------------------------

Debit Card Remit'd                 $79.50
    Card Name:VISA
    Account #:XXXXXXXXXXXX5579
    Approval #:
    Transaction #:087
    Receipt #:012341
    Debit Card Purchase:$79.50
    Cash Back:$0.00
    AID:A0000000980840
    AL:US DEBIT                      Chip
    PIN:Verified

**********************************
    Due to limited transportation
  availability as a result of
    nationwide COVID-19 impacts
  package delivery times may be
  extended. Priority Mail Express®
     service will not change.
**********************************

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 29 2020 ★
BROOKLYN OFFICE

Wall, page 1

```
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos
840-5070-0191-001-00042-30974-02
or scan this code with
your mobile device:
```

```
or call 1-800-410-7420.
YOUR OPINION COUNTS


Receipt #: 840-50700191-1-4230974-2
Clerk: 04
```

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 29 2020 ★
BROOKLYN OFFICE

Wall, page 2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
JUL 29 2020
BROOKLYN OFFICE

Pro Se Registration and Consent for Electronic Service of Orders and Notices
Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I waive my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.
  Initial here _EW_

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. The one 'free look' will expire in 15 days from the date the notice was sent. After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.
  Initial here _EW_

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.
  Initial here _EW_

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.
  Initial here _EW_

- I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.
  Initial here _EW_

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.
  Initial here _EW_

Date: 7/27/2020  Signature: _/s/ E Wall_

Case No: 20-CV-2456  Print Full Name: Eric D. Wall

Telephone No. (201) 800-3973  Email Address: EricDavidWall@gmail.com

Home Address: 108 Fawnhill Rd. Upper Saddle River, NJ 07458

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
                  225 Cadman Plaza East   or   100 Federal Plaza
                  Brooklyn, NY 11201            Central Islip, NY 11722

8/2013

FedEx shipping label:

FROM:
ORIGIN ID:GMVA (201) 800-3973
ERIC D WALL
108 FAWNHILL RD
UPPER SADDLE RIVER, NJ 07458
UNITED STATES US

SHIP DATE: 28JUL20
ACTWGT: 0.20 LB
CAD: 6998593/SSFE2110

BILL CREDIT CARD

TO: ATT CLERKS OFF PRO SE OFFICE
US DISTRICT OFFICE EDNY
225 CADMAN PLAZA
BROOKLYN NY 11201
(718) 613-2600

TRK# 3952 3357 1436
WED - 29 JUL 10:30A
PRIORITY OVERNIGHT
DSR
11201
NY-US EWR

E2 EGXA

**Extremely Urgent**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 29 2020 ★
BROOKLYN OFFICE

Do not ship liquids, blood, or clinical specimens in this packaging.