Received by the Pro Se office
10/12/2020-KC

10/10/20

Civil Action No. 20-cv-2456 (RJM)(RER).

Dear Chief Judge Mauskopf,

I hope this message finds you safe and well. In reference to Civil Action No. 20-cv-2456, I ask the court to compel the Defendant to Discovery because the Defendant failed to respond to my complaint.

I overnighted a request to waive service form – two copies, completed and signed by me with a self-addressed envelope - to the Defendant on Wednesday, August 26th, 2020, which was delivered successfully to the White House on the morning of Thursday, August 27th, 2020. Please see the delivery confirmation information on page 2 of this letter, titled "Proof of Delivery." However, the Defendant did not respond to my request to waive service, and still fails to respond to my complaint even to deny the allegations brought against him, since delivering the complaint and copy of the summons to the Defendant on July 7th, 2020 and thereafter.

On September 28, 2020, I came across information that was released through the media about the Defendant's tax returns and financial documents. I immediately felt my chest compressing like a large weight was on it and felt like the walls were closing in, similar to how I felt when I was hospitalized on December 25, 2018, when I feared the Defendant was holding the country hostage for his own political or personal reasons. On October 8, 2020, I received an emergency alert that the area in which I live is now under additional COVID-19 restrictions, following the Defendant's visit to Bedminster, NJ. As you are most likely aware, the Defendant and several people that were in the Defendant's proximity at the Rose Garden ceremony days earlier, contracted COVID-19.

The Defendant's ignoring my complaint brought against him exemplifies his attitude towards ignoring expert's warnings, for example to wear a protective mask. My fear from the Defendant's careless and reckless conduct continues, and I barely leave the house because I fear that I will have another panic attack while driving, or in a public place. In combination with constant pain radiating from my spine, I cannot afford to suffer more physical or mental trauma since my accident on July 1st, 2019, but I am dealing with my symptoms as best I can. I do not know how much longer I can experience the symptoms the Defendant causes me without having irreversible or worsening life-long affects.

In addition, I have spent hundreds of dollars to serve the Defendant, and I am struggling to keep my head above water as I have to budget for medical services, as well as unforeseen additional expenses to care for my dog since his surgery in July of 2020.

Please consider the above factors in determining my request to compel the Defendant to the discovery process.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2020 ★
BROOKLYN OFFICE

Sincerely,

*[signature: E. Wall]*

Eric D. Wall - Plaintiff

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZX04Y172452591252

**Weight**

0.10 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

08/26/2020

**Additional Information**

Signature Required

**Delivered On**

08/27/2020 9:03 A.M.

**Delivered To**

WASHINGTON, DC, US

**Received By**

SWANN

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/09/2020 5:42 P.M. EST

(MAUSKOPF, CH.J.

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

REYES, M.J.

| | |
|---|---|
| Eric D. Wall <br><br> *Plaintiff(s)* <br> v. <br><br> Donald J. Trump, <br> President of the United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-2456 <br> Mauskopf, J. <br> Reyes, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald J. Trump,
President of the United States of America
1600 Pennsylvania Avenue NW
Washington, D.C 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric D. Wall
108 Fawnhill Rd
Upper Saddle River, NJ 07458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____06/03/2020_____     _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 20-cv-2456

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump - Defendant
was received by me on *(date)* 6/3/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: After making several attempts to serve the defendant, including successful delivery of the complaint and summons' copies to the defendant's place of residence, the defendant failed to respond altogether. Proof of those deliveries have been sent to the court.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2020         _____E. Wall_____
                         Server's signature

                         Eric D. Wall - Plaintiff
                         Printed name and title

                         108 Fawnhill Rd., Upper Saddle River, NJ 07458
                         Server's address

Additional information regarding attempted service, etc:

```
ORIGIN ID:GMVA  (201) 800-3973        SHIP DATE: 10OCT20
ERIC WALL                             ACTWGT: 0.15 LB
108 FAWNHILL RD                       CAD: 6991082/SSF02121

UPPER SADDLE RIVER, NJ 07458          BILL CREDIT CARD
UNITED STATES US
```

TO **CLERK'S OFFICE ATTN: PRO SE**
**U.S DISTRICT COURT, EDNY**
**225 CADMAN PLAZA**

**BROOKLYN NY 11201**
(000) 000-0000                    REF:





FedEx
Express

**MON – 12 OCT 10:30A**
TRK# 3976 9732 6476    **PRIORITY OVERNIGHT**
0201

**XA EGXA**                    **11201**
                            NY-US **EWR**

